**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Insurance
**Your GLBA Permissible Use:** Fraud Prevention or Detection
**Your DMF Permissible Use:** Legitimate Fraud Prevention Interest

# Comprehensive Report

**Date:** 09/23/22
**Reference Code:** SKI1075102

**Report processed by:**
ALLIED UNIVERSAL COMPLIANCE & INVESTIGATIONS
910 PAVERSTONE DR
RALEIGH, NC 27615
800-927-0456 Main Phone

**Report Legend:**
S - Shared Address
D - Deceased
✔ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: JUSTIN BLAKE MARTIN
Date of Birth: REDACTE1993
Age: **28**
LexID: 160866233491
SSN: REDACTED5694 issued in **North Carolina** between **1/4/1994** and **10/31/1994**
View All SSN Sources

**AKAs**
**(Names Associated with Subject)**
JUSTIN BLAKE MARTIN
Age: **28** SSN: REDACTED5694
JUSTIN B MARTIN
Age: **28** SSN: REDACTED5694
JUSTIN BLAKE MARTIN
SSN: REDACTED5694
BLAKE MARTIN JUSTIN
Age: **28** SSN: REDACTED5694
JUSTIN MARTIN
SSN: REDACTED5694
**Utility Locator - Connect Date:** 10/19/2012

**Indicators**

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
RICHARD R MARTIN LexID: 001616876511 DOB: RE/1970
REDACTED5694 issued in North Carolina between 1/4/1994 and 10/31/1994

## Address Summary: View All Address Variation Sources

✔ 1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (May 2013 - Aug 2022)
1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Dec 2021 - Jun 2022)
998 WINDRACE TRL, SANFORD, NC 27332-8028, LEE COUNTY (Jan 2019 - Mar 2022)
SANFORD NC, SANFORD, NC 27332, LEE COUNTY (Sep 2020)
208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY (Dec 2015 - Mar 2019)
3219 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (Mar 2015 - May 2017)
**Utility Locator - Connect Date:** 7/3/2015
PO BOX 1352, SANFORD, NC 27331-1352, LEE COUNTY (Dec 2014 - Oct 2017)
3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (Mar 2015 - Oct 2017)
316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (Feb 2013 - Jul 2016)
**Utility Locator - Connect Date:** 1/31/2016
107 SERENITY LN, SANFORD, NC 27330-1048, LEE COUNTY (Jul 2014 - Feb 2016)
107 SERENITY LN, BROADWAY, NC 27505, LEE COUNTY (Apr 2015)
3265 ARGYLL DR, SANFORD, NC 27332-7401, LEE COUNTY (May 2013 - Jan 2015)
601 FRONT ST, LILLINGTON, NC 27546, HARNETT COUNTY (May 2014 - Sep 2014)
146 JOSIE LN, SANFORD, NC 27332-2814, LEE COUNTY (Oct 2012)
**Utility Locator - Connect Date:** 10/19/2012
703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY (Jan 2009 - Nov 2013)
1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (Mar 2018)

## Active Address(es): View All Address Variation Sources

✔ 1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (May 2013 - Aug 2022)
**Name Associated with Address:**
JUSTIN B MARTIN
**Current Residents at Address:**
JUDY GARLAND ADCOCK
LOUIS DURAN



EXHIBIT
M

JUSTIN BLAKE MARTIN
910-893-5368 - EDT ADCOCK JUDY G

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 130610 0210 03
Book - 3232
Page - 396
Owner Name: JUDITH ADCOCK MCGEHEE LexID: 000013715115
Property Address: - 1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
Owner Address: 427 BROOKFIELD CIR, SANFORD, NC 27330-2257, MOORE COUNTY
Land Usage - MOBILE HOME PARK
Subdivision Name - ROGER EARL MIZE
Total Market Value - $43,070
Assessed Value - $43,070
Land Value - $29,930
Improvement Value - $13,140
Year Built - 2010
Legal Description - LT#2 ALPHA ADCOCK HEIRS 1.60AC
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 38
Median Household Income: $48,430
Median Owner Occupied Home Value: $109,735
Average Years of Education: 13

**Previous And Non-Verified Address(es):** View All Address Variation Sources

1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Dec 2021 - Jun 2022)
**Name Associated with Address:**
JUSTIN BLAKE MARTIN
**Current Residents at Address:**
JUSTIN BLAKE MARTIN
**Neighborhood Profile (2010 Census)**
Average Age: 38
Median Household Income: $48,430
Median Owner Occupied Home Value: $109,735
Average Years of Education: 13

998 WINDRACE TRL, SANFORD, NC 27332-8028, LEE COUNTY (Jan 2019 - Mar 2022)
**Name Associated with Address:**
JUSTIN MARTINS
**Current Residents at Address:**
EDDIE MAC BROWN
EMILY ELIZAB SHACKELFORD
TARYN VICTRYN STEPHENS
NEYSA CAZIMIRA CAMPUZANO
REESE EARL ERICKSON
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 9670-02-0668-00
Book - 1204
Page - 946
Owner Name: CHRISTOPHER BARRY LexID: 000146225663
Property Address: - 998 WINDRACE TRL, SANFORD, NC 27332-8028, LEE COUNTY
Owner Address: 7305 GOLDENVIEW CT, APEX, NC 27539-4133, WAKE COUNTY
Land Usage - SINGLE FAMILY RESIDENTIAL
Subdivision Name - CAROLINA TRACE
Total Market Value - $89,800
Assessed Value - $89,800
Land Value - $7,500
Improvement Value - $82,300
Land Size - 4530 SF
Year Built - 1979
Legal Description - LOT 998 SOUTHWIND PC 3/375
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 43
Median Household Income: $66,536
Median Owner Occupied Home Value: $136,082
Average Years of Education: 14

SANFORD NC, SANFORD, NC 27332, LEE COUNTY (Sep 2020)
**Name Associated with Address:**

JUSTIN MARTINS

208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY (Dec 2015 - Mar 2019)
**Name Associated with Address:**
JUSTIN B MARTIN
**Current Residents at Address:**
DIANE BOSSE MARTIN
ROLAND RICHARD MARTIN
919-776-9633 - EDT GUNTER LISA

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 9611-91-7374-00
Book - 470
Page - 759
Owner Name: LUTHER E MILLER LexID: 001729628151
Owner Name 2: JOYCE G MILLER LexID: 001727873420
Property Address: - 208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY
Owner Address:
Sale Date - 12/23/1991
Land Usage - RESIDENTIAL (NEC)
Total Market Value - $40,500
Assessed Value - $40,500
Land Value - $25,900
Improvement Value - $14,600
Land Size - 204,732 Square Feet
Legal Description - LOT 3 PLAT 2011/1221288/750
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 34
Median Household Income: $49,237
Median Owner Occupied Home Value: $119,038
Average Years of Education: 12

3219 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (Mar 2015 - May 2017)
**Utility Locator - Connect Date:** 7/3/2015
**Name Associated with Address:**
JUSTIN B MARTIN
**Current Residents at Address:**
THOMAS WILLIAM HANLEY
JOSEPHINE A HANLEY
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 9660-49-4865-00
Book - 1626
Page - 398
Owner Name: THOMAS WILLIAM HANLEY LexID: 001047798885
Property Address: - 3219 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY
Owner Address: 3219 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY
Sale Price - $182,000
Land Usage - SINGLE FAMILY RESIDENTIAL
Subdivision Name - CAROLINA TRACE
Total Market Value - $120,900
Assessed Value - $120,900
Land Value - $10,000
Improvement Value - $110,900
Land Size - 10720 SF
Year Built - 2002
Legal Description - LOT 3219 SEDGEMOOR II PC 4/259 520/904
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 58
Median Household Income: $72,485
Median Owner Occupied Home Value: $202,294
Average Years of Education: 15

PO BOX 1352, SANFORD, NC 27331-1352, LEE COUNTY (Dec 2014 - Oct 2017)
**Name Associated with Address:**
JUSTIN B MARTIN
**Neighborhood Profile (2010 Census)**
Average Age: 34
Median Household Income: $41,970
Median Owner Occupied Home Value: $98,206
Average Years of Education: 13

3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (Mar 2015 - Oct 2017)

**Name Associated with Address:**

JUSTIN B MARTIN

**Current Residents at Address:**

TAMMY OQUINN

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 9660-49-5348-00
Book - 1485
Page - 41
Owner Name: MICHAEL HEINS LexID: 001096088157
Property Address: - 3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY
Owner Address: 3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY
Sale Price - $170,000
Land Usage - SINGLE FAMILY RESIDENTIAL
Subdivision Name - CAROLINA TRACE
Total Market Value - $160,600
Assessed Value - $160,600
Land Value - $10,000
Improvement Value - $150,600
Land Size - 14410 SF
Year Built - 2004
Legal Description - LOT 3215 SEDGEMOOR II PC 4/259
Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 58
Median Household Income: $72,485
Median Owner Occupied Home Value: $202,294
Average Years of Education: 15

316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (Feb 2013 - Jul 2016)

**Utility Locator - Connect Date:** 1/31/2016

**Name Associated with Address:**

JUSTIN B MARTIN

**Current Residents at Address:**

THOMAS GLENN BEASLEY SR
CARMEN REBECCA RONDA
GREGORY JONATHAN MCCORMICK SR

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 9681-49-9225-00
Book - 1413
Page - 118
Owner Name: HOLLY N BEASLEY LexID: 046841905797
Owner Name 2: THOMAS G BEASLEY JR LexID: 000166300315
Property Address: - 316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY
Owner Address: 316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY
Sale Price - $169,000
Land Usage - SINGLE FAMILY RESIDENTIAL
Total Market Value - $179,300
Assessed Value - $179,300
Land Value - $23,900
Improvement Value - $155,400
Land Size - 24829 SF
Year Built - 1946
Legal Description - TRACT B PLAT 2015/142 1109/920 & 1407/708 CHILD OF SPLIT FROM 968149933400
Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 39
Median Household Income: $68,519
Median Owner Occupied Home Value: $143,164
Average Years of Education: 13

107 SERENITY LN, SANFORD, NC 27330-1048, LEE COUNTY (Jul 2014 - Feb 2016)

**Name Associated with Address:**

JUSTIN BLAKE MARTIN

**Current Residents at Address:**

AMY DOUGLAS CARSON
JASON AMY

**Neighborhood Profile (2010 Census)**

Average Age: 40
Median Household Income: $52,116
Median Owner Occupied Home Value: $121,346
Average Years of Education: 13

107 SERENITY LN, BROADWAY, NC 27505, LEE COUNTY (Apr 2015)
**Name Associated with Address:**
JUSTIN B MARTIN

3265 ARGYLL DR, SANFORD, NC 27332-7401, LEE COUNTY (May 2013 - Jan 2015)
**Name Associated with Address:**
JUSTIN MARTIN
**Current Residents at Address:**
CHERYL DIANE CARR
MICHELLE LEE HERTZ
JASON KENNETH STRAUCH
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 9660-49-6546-00
Book - 1489
Page - 565
Owner Name: QUYEN VAN LE LexID: 001482879734
Property Address: - 3265 ARGYLL DR, SANFORD, NC 27332-7401, LEE COUNTY
Owner Address: 9809 SALTBRUSH ST, FORT WORTH, TX 76177-7406, TARRANT COUNTY
Sale Price - $119,000
Land Usage - SINGLE FAMILY RESIDENTIAL
Subdivision Name - CAROLINA TRACE
Total Market Value - $118,300
Assessed Value - $118,300
Land Value - $10,000
Improvement Value - $108,300
Land Size - 11347 SF
Year Built - 2001
Legal Description - LOT 3265 SEDGEMOOR II PC 4/259
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 58
Median Household Income: $72,485
Median Owner Occupied Home Value: $202,294
Average Years of Education: 15

601 FRONT ST, LILLINGTON, NC 27546, HARNETT COUNTY (May 2014 - Sep 2014)
**Name Associated with Address:**
JUSTIN B MARTIN
910-814-6772 - EDT CORNELIUS AUDREY W

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 10055907500005
Book - 2775
Page - 855
Owner Name: JERRY WAYNE ALLEN LexID: 000037175139
Property Address - 601 FRONT ST, LILLINGTON, NC 27546, HARNETT COUNTY
Owner Address: 601 N 6TH ST, LILLINGTON, NC 27546, HARNETT COUNTY
Sale Date - 08/13/2010
Seller Name: BETTY ALLEN LexID: 000035404943
Legal Description - PIN 0559-79-1443.000
Loan Amount - $71,750
Loan Type - VA
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 37
Median Household Income: $47,250
Median Owner Occupied Home Value: $126,167
Average Years of Education: 12

146 JOSIE LN, SANFORD, NC 27332-2814, LEE COUNTY (Oct 2012)
**Utility Locator - Connect Date:** 10/19/2012
**Name Associated with Address:**
JUSTIN BLAKE MARTIN
**Current Residents at Address:**
RICHARD JANIK ROBERTSON
**Neighborhood Profile (2010 Census)**
Average Age: 58
Median Household Income: $72,485
Median Owner Occupied Home Value: $202,294
Average Years of Education: 15

703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY (Jan 2009 - Nov 2013)

**Name Associated with Address:**
JUSTIN B MARTIN
**Current Residents at Address:**
SUSAN GAYLE DUPUIS
JUSTIN BRADLY HASENFUS
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 130610 0210 02
Book - 3835
Page - 385
Owner Name: JUSTIN BRADLY HASENFUS LexID: 065597957367
Owner Name 2: SUSAN GAYLE HASENFUS LexID: 000217659289
Property Address: - 703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY
Owner Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY
Sale Price - $225,000
Land Usage - RURAL RESIDENCE (AGRICULTURAL)
Total Market Value - $249,570
Assessed Value - $249,570
Land Value - $34,560
Improvement Value - $215,010
Year Built - 2006
Legal Description - LOT#1 TAMMY A WATSON 1.18AC MAP#2005-603
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 38
Median Household Income: $48,430
Median Owner Occupied Home Value: $109,735
Average Years of Education: 13

1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (Mar 2018)
**Name Associated with Address:**
JUSTIN B MARTIN
**Current Residents at Address:**
MICHELE C FAIRCLOTH
RICHARD ROLAND MARTIN
CHARLIE LEE FAIRCLOTH
919-258-3974 - EDT FAIRCLOTH MICHELE C

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 139681 0200 03
Book - 2444
Page - 964
Owner Name: MICHELLE C FAIRCLOTH LexID: 000354708249
Property Address: - 1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY
Owner Address: 1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY
Land Usage - RURAL RESIDENCE (AGRICULTURAL)
Subdivision Name - BARRY PATTERSON
Year Built - 2016
Legal Description - LT#3 BARRY PATTERSON 1.41MAP#2003-1091
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 34
Median Household Income: $41,530
Median Owner Occupied Home Value: $98,224
Average Years of Education: 12

## Bankruptcies:

[None Found]

## UCC Filings:
Original Filing Number: 20220116451F
Original Date: Aug 23, 2022
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address: 300 N SALISBURY ST, LEGIS OFF BLDG, RALEIGH, NC 27603
Filing State: NC

Debtor(s):
Debtor Name: JUSTIN B MARTIN
Debtor LexID: 160866233491
Debtor Address: 1041 GRAMETA LN, LILLINGTON, NC 27546-8971

Secured(s):
Secured Name: AQUA FINANCE, INC.

Secured Address: 1 CORPORATE DR STE 300, WAUSAU, WI 54401-1724

Filing(s):
Filing Type: INITIAL FILING
Filing Number: 20220116451F
Filing Status:
Date Filed: Aug 23, 2022
Filing Expiration Date: 8/23/2027

Original Filing Number: 20210145422E
Original Date: Oct 29, 2021
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address: 300 N SALISBURY ST, LEGIS OFF BLDG, RALEIGH, NC 27603
Filing State: NC

Debtor(s):
Debtor Name: JUSTIN MARTIN
Debtor LexID: 160866233491
Debtor Address: 1041 GRAMETA LN, LILLINGTON, NC 27546-8971

Secured(s):
Secured Name: WELLS FARGO VENDOR FINANCIAL SERVICES, LLC

Secured Address: PO BOX 35701, BILLINGS, MT 59107-5701

Secured Name: WELLS FARGO VENDOR FINANCIAL SERVICES, LLC

Secured Address: PO BOX 35701, BILLINGS, MT 59107-5701

Filing(s):
Filing Type: AMENDMENT
Filing Number: 20210150567M
Filing Status:
Date Filed: Nov 8, 2021

Filing Type: INITIAL FILING
Filing Number: 20210145422E
Filing Status:
Date Filed: Oct 29, 2021
Filing Expiration Date: 10/29/2026

Collateral(s):
Description: 11/08/2021 20210150567M - EQUIPMENT AND PROCEEDS;ASSETS AND PROCEEDS

Description: 10/29/2021 20210145422E - EQUIPMENT AND PROCEEDS;ASSETS AND PROCEEDS

Original Filing Number: 20190016102C
Original Date: Feb 18, 2019
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address: 300 N SALISBURY ST, LEGIS OFF BLDG, RALEIGH, NC 27603
Filing State: NC

Debtor(s):
Debtor Name: JUSTIN MARTIN
Debtor LexID: 160866233491
Debtor Address: 998 WINDRACE TRL, SANFORD, NC 27332-8028

Secured(s):
Secured Name: BASIC FINANCE INC

Secured Address: PO BOX 879, ROCKINGHAM, NC 28380-0879

Filing(s):
Filing Type: INITIAL FILING
Filing Number: 20190016102C
Filing Status:
Date Filed: Feb 18, 2019
Filing Expiration Date: 2/18/2024

Collateral(s):
Description: 02/18/2019 20190016102C - VEHICLES

**Phones Plus:** Search Phone Finder

**Phones Plus1**
Name: JUSTIN MARTIN
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546-8971
Phone Number: 910-578-0419 - EDT
Phone Type: Mobile
Carrier: NEW CINGULAR WRLS GA - (FAYETTEVILLE, NC)

**Phones Plus2**
Name: JUSTIN MARTIN
Address: 146 JOSIE LN, SANFORD, NC 27332-2814
Phone Number: 910-578-0419 - EDT
Phone Type: Mobile
Carrier: NEW CINGULAR WRLS GA - (FAYETTEVILLE, NC)

**Phones Plus3**
Name: JUSTIN MARTIN
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546-8971
Phone Number: 910-824-3277 - EDT
Phone Type: Mobile
Carrier: VERIZON WIRELESS-NC - (FAYETTEVILLE, NC)

**People at Work:**
***Maximum 50 People at Work records returned***

Name: JUSTIN MARTIN
Title: CONTACT
LexID: 160866233491
SSN: REDACTED5694
Company: MARTIN LAND WORKS AND CONSTRUCTION
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546-8971
Phone:
FEIN:
LexID® Business Legal Entity: 1385-2373-0232
Dates: Oct 22, 2021

**Driver's License Information:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
DL Number: 000038146624
State: North Carolina
License Address: 3219 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY
DOB: REDACTED1993
Potential SSN: REDACTED5694
Expiration Date: 12/02/2020
Issue Date: 03/07/2016
License Class: CLASSIFIED
Data Source: Governmental
Restrictions: NONE

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
DL Number: 000038146624
State: North Carolina
License Address: 107 SERENITY LN, SANFORD, NC 27330-1048, LEE COUNTY
DOB: REDACTED1993
Potential SSN: REDACTED5694
Expiration Date: 12/02/2020
Issue Date: 02/05/2016
License Class: CLASSIFIED
Data Source: Governmental
Restrictions: NONE

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
DL Number: 000038146624
State: North Carolina
License Address: 146 JOSIE LN, SANFORD, NC 27332-2814, LEE COUNTY
DOB: REDACTED1993
Potential SSN: REDACTED5694

Gender: Male
Expiration Date: 12/02/2020
Issue Date: 09/25/2012
License Class: CLASSIFIED
Data Source: Governmental
Restrictions: NONE

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
DL Number: 000038146624
State: North Carolina
License Address: 316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY
DOB: REDACTED1993
Potential SSN : REDACTED5694
Gender: Male
Expiration Date: 12/02/2020
Issue Date: 09/25/2012
License Class: CLASSIFIED
Data Source: Governmental
Restrictions: NONE

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
DL Number: 000038146624
State: North Carolina
License Address: 107 SERENITY LN, SANFORD, NC 27330-1048, LEE COUNTY
DOB: REDACTED1993
Potential SSN : REDACTED5694
Expiration Date: 12/02/2020
Issue Date: 09/25/2012
License Class: CLASSIFIED
Data Source: Governmental
Restrictions: NONE

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
DL Number: 000038146624
State: North Carolina
License Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY
DOB: REDACTED1993
Potential SSN : REDACTED5694
Gender: Male
Expiration Date: 12/02/2014
Issue Date: 05/12/2011
License Class: GRAD. L-3.
Data Source: Governmental
Restrictions: NONE

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
DL Number: 000038146624
State: North Carolina
License Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY
DOB: REDACTED1993
Potential SSN : REDACTED5694
Gender: Male
Expiration Date: 12/02/2011
Issue Date: 01/25/2010
License Class: GRAD. L-2.
Data Source: Governmental

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
DL Number: 000038146624
State: North Carolina
License Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY
DOB: REDACTED1993
Potential SSN : REDACTED5694
Gender: Male
Expiration Date: 12/02/2011
Issue Date: 01/23/2009
License Class: GRAD. L-1.
Data Source: Governmental

## Possible Properties Owned by Subject:

[None Found]

## Motor Vehicles Registered To Subject:

**Vehicle:**

Description: 2019 Ram 2500 - Crew Pickup
VIN: 3C6UR5FL3KG642112
State Of Origin: NORTHCAROLINA
Engine: 6 Cylinder 409 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Immobilize Key, Keyless entry, and alarm
Roof: None / not available
Price: 52250
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: CURRENT
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: RC9833
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 7/27/2022
Latest Registration Date: 7/27/2022
Expiration Date: 9/30/2022

**Vehicle:**

Description: 2019 Ram 2500 - Crew Pickup
VIN: 3C6UR5FL3KG642112
State Of Origin: NORTHCAROLINA
Engine: 6 Cylinder 409 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Immobilize Key, Keyless entry, and alarm
Roof: None / not available
Price: 52250
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624

**Title Information**

Reported Name: MARTIN JUSTIN BLAKE

Title Number: 772211222084034
Title Issue Date: 7/27/2022

*Lien Holder(s)*
Record Type: CURRENT
Company Name: SHARONVIEW FEDERAL CREDIT UNION
Address: PO BOX 2070, FORT MILL, SC 29716-2070, YORK COUNTY

**Vehicle:**
Description: Silver 1922 CONTINENTAL MFG. CO., INC. - TILT TANDEM
VIN: 1ZJBB1417NC046232
State Of Origin: FLORIDA
Data Source: Governmental

*Registrant(s)*
Record Type: CURRENT
Name: JUSTIN MARTIN
LexID: 160866233491
Potential SSN: REDACTED 5694
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED 1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: DFF7537
Plate Type Code: PRV
Plate Type Description: Private
License State: FL
Earliest Registration Date: 7/18/2022
Latest Registration Date: 7/18/2022
Expiration Date: 8/16/2022

**Vehicle:**
Description: 1922 ROAD KING TRAVEL TRAILER - BOAT TRAILER
VIN: 5KZBB2129NA068619
State Of Origin: NORTHCAROLINA
Data Source: Governmental

*Registrant(s)*
Record Type: CURRENT
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED 5694
Address: 1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED 1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: DA35530
Plate Type Code: TRL
Plate Type Description: Trailer
License State: NC
Earliest Registration Date: 6/29/2022
Latest Registration Date: 6/29/2022
Expiration Date: 6/29/2023

**Vehicle:**
Description: 1922 ROAD KING TRAVEL TRAILER - BOAT TRAILER
VIN: 5KZBB2129NA068619
State Of Origin: NORTHCAROLINA
Data Source: Governmental

*Owner(s)*
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED 5694
Address: 1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED 1993
Sex: Male
Age: 28
DL #: 000038146624

**Title Information**

Reported Name: MARTIN JUSTIN BLAKE
Title Number: 771765221807013
Title Issue Date: 6/29/2022

*Lien Holder(s)*

Record Type: CURRENT
Company Name: AQUA. FINANCE INC.
Address: PO BOX 844, WAUSAU, WI 54402-0844, MARATHON COUNTY

**Vehicle:**

Description: Blue 2020 Ram 1500 - Crew Pickup
VIN: 1C6SRFHM9LN227887
State Of Origin: NORTHCAROLINA
Engine: 6 Cylinder 183 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: None / not available
Price: 57215
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: EXPIRED
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: TKL5136
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 3/29/2022
Latest Registration Date: 3/29/2022
Expiration Date: 5/31/2022

**Vehicle:**

Description: Blue 2020 Ram 1500 - Crew Pickup
VIN: 1C6SRFHM9LN227887
State Of Origin: NORTHCAROLINA
Engine: 6 Cylinder 183 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Roof: None / not available
Price: 57215
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED1993

Sex: Male
Age: 28
DL #: 000038146624

**Title Information**

Reported Name: MARTIN JUSTIN BLAKE
Title Number: 773495220885100
Title Issue Date: 3/29/2022

*Lien Holder(s)*

Record Type: CURRENT
Company Name: LANGLEY FEDERAL CRED. IT UNION
Address: PO BOX 276, WILMINGTON, OH 45177, CLINTON COUNTY

**Vehicle:**

Description: 2018 Ford F350 - Crew Pickup
VIN: 1FT8W3BT3JEC23308
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 409 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Passive Engine Immobilizer
Roof: None / not available
Price: 40560
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: EXPIRED
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: KZ7482
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 12/1/2021
Latest Registration Date: 12/1/2021
Expiration Date: 2/28/2022

**Vehicle:**

Description: 2018 Ford F350 - Crew Pickup
VIN: 1FT8W3BT3JEC23308
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 409 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Passive Engine Immobilizer
Roof: None / not available
Price: 40560
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491

Potential SSN: REDACTED5694
Address: 1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624

**Title Information**

Reported Name: MARTIN JUSTIN BLAKE
Title Number: 773978213357187
Title Issue Date: 12/1/2021

*Lien Holder(s)*

Record Type: CURRENT
Name: ANDERSON BROTHERS B ANK
LexID: 238951174151
Address: 101 N MAIN ST, MULLINS, SC 29574-2727, MARION COUNTY

**Vehicle:**

Description: Silver 2018 GMC Sierra - Crew Pickup
VIN: 3GTU2PEJ1JG325355
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 378 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Active Keyless Entry
Roof: None / not available
Price: 56300
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: EXPIRED
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: RDC4526
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 9/1/2021
Latest Registration Date: 9/1/2021
Expiration Date: 11/30/2021

**Vehicle:**

Description: Silver 2018 GMC Sierra - Crew Pickup
VIN: 3GTU2PEJ1JG325355
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 378 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Active Keyless Entry
Roof: None / not available
Price: 56300
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard

Data Source: Governmental

*Owner(s)*

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624

**Title Information**

Reported Name: MARTIN JUSTIN BLAKE
Title Number: 774888212448053
Title Issue Date: 9/1/2021

*Lien Holder(s)*

Record Type: CURRENT
Company Name: ALLY FINANCIAL INC.
Address: 10909 MCCORMICK RD, HUNT VALLEY, MD 21031-1401, BALTIMORE COUNTY

**Vehicle:**

Description: 2010 Chevrolet Camaro - Coupe
VIN: 2G1FJ1EJ2A9155647
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 378 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Immobilizer key & keyless entry
Roof: None / not available
Price: 30945
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: HISTORICAL
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: HEC5357
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 10/14/2019
Latest Registration Date: 10/14/2019
Expiration Date: 12/31/2019

**Vehicle:**

Description: 2010 Chevrolet Camaro - Coupe
VIN: 2G1FJ1EJ2A9155647
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 378 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Passive Immobilizer key & keyless entry
Roof: None / not available
Price: 30945

Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: [redacted]5694
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY
DOB: [redacted]1993
Sex: Male
Age: 28
DL #: 000038146624
**Title Information**
Reported Name: MARTIN JUSTIN BLAKE
Title Number: 770927192872148
Title Issue Date: 10/14/2019

*Lien Holder(s)*
Record Type: HISTORICAL
Company Name: ATLANTIC CREDIT INC.
Address: PO BOX 58570, RALEIGH, NC 27658-8570, WAKE COUNTY

**Vehicle:**
Description: Blue 2008 Ford F250 - Crew Pickup
VIN: 1FTSW21R88EB65941
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 390 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Available
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: None
Roof: None / not available
Price: 29355
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: [redacted]5694
Address: 3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY
DOB: [redacted]1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: HS1059
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 7/12/2017
Latest Registration Date: 7/12/2017
Expiration Date: 9/30/2017

**Vehicle:**
Description: Blue 2008 Ford F250 - Crew Pickup
VIN: 1FTSW21R88EB65941
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 390 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Available
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard

Power Windows: Available
Security System: None
Roof: None / not available
Price: 29355
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: [redacted]5694
Address: 3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY
DOB: [redacted]1993
Sex: Male
Age: 28
DL #: 000038146624

**Title Information**

Reported Name: MARTIN JUSTIN BLAKE
Title Number: 774435171931083
Title Issue Date: 7/12/2017

*Lien Holder(s)*

Record Type: HISTORICAL
Company Name: PROFESSIONAL FINANCE SERVICES
Address: 116 N CONVERSE ST, SPARTANBURG, SC 29306-5107, SPARTANBURG COUNTY

**Vehicle:**

Description: 2009 Ford F150 - Crew Pickup
VIN: 1FTPW14V69FA58780
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 329 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Passive Engine Immobilizer & keyless entry
Roof: None / not available
Price: 34760
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: HISTORICAL
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: [redacted]5694
Address: 208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY
DOB: [redacted]1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: PEA6491
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 12/8/2016
Latest Registration Date: 12/8/2016
Expiration Date: 2/28/2017

Record Type: HISTORICAL
Name: ROLAND RICHARD MARTIN
LexID: 001616794301
Potential SSN: [redacted]xxxx
Address: 208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY
DOB: [redacted]1947

Sex: Male
Age: 75
DL #: 000001169781
Tag Number: PEA6491
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 12/8/2016
Latest Registration Date: 12/8/2016
Expiration Date: 2/28/2017

**Vehicle:**
Description: 2009 Ford F150 - Crew Pickup
VIN: 1FTPW14V69FA58780
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 329 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Passive Engine Immobilizer & keyless entry
Roof: None / not available
Price: 34760
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624
**Title Information**
Reported Name: MARTIN JUSTIN BLAKE
Title Number: 777140163432053
Title Issue Date: 12/8/2016

Name: ROLAND RICHARD MARTIN
LexID: 001616794301
Potential SSN: REDACTEDxxxx
Address: 208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY
DOB: REDACTED1947
Sex: Male
Age: 75
DL #: 000001169781
**Title Information**
Reported Name: MARTIN ROLAND RICHARD
Title Number: 777140163432053
Title Issue Date: 12/8/2016

*Lien Holder(s)*
Record Type: HISTORICAL
Company Name: PROFESSIONAL FINANCIAL SERVICES OF
Address: 2621 SPRING FOREST RD STE 103, RALEIGH, NC 27616-1830, WAKE COUNTY

**Vehicle:**
Description: 2009 Chevrolet Silverado - 4 Door EXT Cab PK
VIN: 1GCEK29J09Z171217
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 323 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard

Power Windows: Standard
Security System: Active Keyless Entry
Roof: None / not available
Price: 31955
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: HISTORICAL
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 107 SERENITY LN, SANFORD, NC 27330-1048, LEE COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: CMX5902
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 12/19/2014
Latest Registration Date: 1/14/2016
Expiration Date: 12/31/2016

Record Type: HISTORICAL
Name: ASHLEY KRISTIN CAMERON
LexID: 154676254176
Potential SSN: REDACTEDxxxx
Address: 107 SERENITY LN, SANFORD, NC 27330-1048, LEE COUNTY
DOB: REDACTED1994
Sex: Female
Age: 28
DL #: 000039152903
Tag Number: CMX5902
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 12/19/2014
Latest Registration Date: 1/14/2016
Expiration Date: 12/31/2016

**Vehicle:**

Description: 2009 Chevrolet Silverado - 4 Door EXT Cab PK
VIN: 1GCEK29J09Z171217
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 323 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Standard
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Active Keyless Entry
Roof: None / not available
Price: 31955
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 107 SERENITY LN, SANFORD, NC 27330-1048, LEE COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28

DL #: 000038146624

**Title Information**

Reported Name: MARTIN JUSTIN BLAKE
Title Number: 779903143536155
Title Issue Date: 12/19/2014

Name: ASHLEY KRISTIN CAMERON
LexID: 154676254176
Potential SSN: [redacted]xxxx
Address: 107 SERENITY LN, SANFORD, NC 27330-1048, LEE COUNTY
DOB: [redacted]1994
Sex: Female
Age: 28
DL #: 000039152903

**Title Information**

Reported Name: CAMERON ASHLEY KRISTIN
Title Number: 779903143536155
Title Issue Date: 12/19/2014

*Lien Holder(s)*

Record Type: HISTORICAL
Company Name: NATIONAL AUTO LENDERS
Address: 14645 NW 77TH AVE STE 203, MIAMI LAKES, FL 33014-2569, MIAMI-DADE COUNTY

**Vehicle:**

Description: 2012 Dodge Ram - Pickup
VIN: 3C6JD6AT9CG277774
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 348 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Passive entry key
Roof: None / not available
Price: 22125
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*

Record Type: HISTORICAL
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: [redacted]5694
Address: 316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY
DOB: [redacted]1993
Sex: Male
Age: 28
DL #: 000038146624
Tag Number: BJE3557
Plate Type Code: PRV
Plate Type Description: Private
License State: NC
Earliest Registration Date: 2/25/2013
Latest Registration Date: 2/25/2013
Expiration Date: 2/28/2014

Record Type: HISTORICAL
Name: RICHARD ROLLAND MARTIN
LexID: 001611133669
Potential SSN: [redacted]xxxx
Address: 316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY
DOB: [redacted]1970
Sex: Male
Age: 52
DL #: 000007590762
Tag Number: BJE3557
Plate Type Code: PRV

Plate Type Description: Private
License State: NC
Earliest Registration Date: 2/25/2013
Latest Registration Date: 2/25/2013
Expiration Date: 2/28/2014

**Vehicle:**
Description: 2012 Dodge Ram - Pickup
VIN: 3C6JD6AT9CG277774
State Of Origin: NORTHCAROLINA
Engine: 8 Cylinder 348 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Available
Security System: Passive entry key
Roof: None / not available
Price: 22125
Radio: AM/FM CD/MP3
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
Potential SSN: REDACTED5694
Address: 316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY
DOB: REDACTED1993
Sex: Male
Age: 28
DL #: 000038146624
**Title Information**
Reported Name: MARTIN JUSTIN BLAKE
Title Number: 77107013056031S
Title Issue Date: 2/25/2013

Name: RICHARD ROLLAND MARTIN
LexID: 001611133669
Potential SSN: REDACTEDxxxx
Address: 316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY
DOB: REDACTED1970
Sex: Male
Age: 52
DL #: 000007590762
**Title Information**
Reported Name: MARTIN RICHARD ROLLAND
Title Number: 77107013056031S
Title Issue Date: 2/25/2013

*Lien Holder(s)*
Record Type: HISTORICAL
Company Name: SANTANDER CONSUMER USA
Address: PO BOX 25120, LEHIGH VALLEY, PA 18002-5120, NORTHAMPTON COUNTY

## Watercraft:
[None Found]

## FAA Certifications:
[None Found]

## FAA Aircrafts:
[None Found]

## Possible Utility Information:

**Utility Type**
Infrastructure: Coal, Electric, Gas, Oil, Propane Gas, Water

**Dates Associated with Utility**

Date service connected - 1/31/2016
Date First Verified - 1/31/2016
Date Last Verified - 1/31/2016

**Name Associated with Utility**
JUSTIN MARTIN

**Service Address**
316 S MAIN ST, BROADWAY, NC 27505-9707

**Billing Information Associated with Address**
316 S MAIN ST, BROADWAY, NC 27505-9707

**Phone Information**
Service Phone Number: 919-867-9390

---

**Utility Type**
Infrastructure: Coal, Electric, Gas, Oil, Propane Gas, Water

**Dates Associated with Utility**
Date service connected - 7/3/2015
Date First Verified - 7/3/2015
Date Last Verified - 7/3/2015

**Name Associated with Utility**
JUSTIN MARTIN

**Service Address**
3219 ARGYLL DR, SANFORD, NC 27332-7446

**Billing Information Associated with Address**
3219 ARGYLL DR, SANFORD, NC 27332-7446

**Phone Information**
Service Phone Number: 910-723-4206

---

**Utility Type**
Infrastructure: Coal, Electric, Gas, Oil, Propane Gas, Water

**Dates Associated with Utility**
Date service connected - 10/19/2012
Date First Verified - 10/19/2012
Date Last Verified - 10/19/2012

**Name Associated with Utility**
JUSTIN MARTIN

**Service Address**
146 JOSIE LN, SANFORD, NC 27332-2814

**Billing Information Associated with Address**
146 JOSIE LN, SANFORD, NC 27332-2814

**Phone Information**
Service Phone Number: 910-514-2988

## Possible Criminal Records:

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202022CR 702113
Case Type Description: CRIMINAL

**Offenses:**
Categories: OTHER

**Offense #1**
Court Case Number: 5202022CR 702113
Court Offense: NOT SPECIFIED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202020CRS051774
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202020CRS051774
Court Offense: NOT SPECIFIED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202020CRS051775
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202020CRS051775
Court Offense: NOT SPECIFIED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202020CRS051682
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202020CRS051682
Court Offense: NOT SPECIFIED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN

LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 9102020CR 744198
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 9102020CR 744198
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 6202019IF 703305
Case Type Description: INFRACTION

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 6202019IF 703305
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED
Court Level/Degree: INFRACTION

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202019CRS051335
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202019CRS051335
Court Offense: NOT SPECIFIED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE

Sex: Male
Case Number: 4202017CR 712709
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 4202017CR 712709
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 4202017IF 705406
Case Type Description: INFRACTION

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 4202017IF 705406
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED
Court Level/Degree: INFRACTION

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 4202016CR 054909
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 4202016CR 054909
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 6402016IF 704692
Case Type Description: INFRACTION

**Offenses**:

Categories: OTHER
**Offense #1**
Court Case Number: 6402016IF 704692
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED
Court Level/Degree: INFRACTION

**Court Activity:**
[NONE FOUND]

**South Carolina Court:**
Name: JUSTIN MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 316 S MAIN ST, BROADWAY, NC 27505-9707
State of Origin: South Carolina
Case Number: 5102P0194314
Case Type Description: TRAFFIC

**Offenses**:
Categories: OTHER
**Offense #1**
Arrest Date: 02/16/2016
Court Description: CENTRAL TRAFFIC COURT
Court Case Number: 5102P0194314
Court Offense: NOT SPECIFIED
Court Disposition: FORFEITURE / CRIMINAL TRAFFIC Status:DISPOSED
Court Disposition Date: 03/17/2016

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202016CR 700550
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202016CR 700550
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202015CR 704696
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202015CR 704696
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
DOB: REDACTED1993
Race: WHITE
Sex: Male
Case Number: 5202015CR 052266
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202015CR 052266
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
DOB: REDACTED1993
Race: WHITE
Sex: Male
Case Number: 5202015CR 052175
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202015CR 052175
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
DOB: REDACTED1993
Race: WHITE
Sex: Male
Case Number: 5202015CR 052096
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202015CR 052096
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 4202015IF 703391
Case Type Description: INFRACTION

**Offenses**:

Categories: OTHER
**Offense #1**
Court Case Number: 4202015IF 703391
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED
Court Level/Degree: INFRACTION

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
DOB: REDACTED1993
Race: WHITE
Sex: Male
Case Number: 5202014CR 051792
Case Type Description: CRIMINAL

**Offenses**:

Categories: OTHER
**Offense #1**
Court Case Number: 5202014CR 051792
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**

Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
DOB: REDACTED1993
Race: WHITE
Sex: Male
Case Number: 5202014CR 050017
Case Type Description: CRIMINAL

**Offenses**:

Categories: OTHER
**Offense #1**
Court Case Number: 5202014CR 050017
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**

Name: JUSTIN BLAKE MARTIN

LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
DOB: REDACTED1993
Race: WHITE
Sex: Male
Case Number: 5202013CR 053949
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202013CR 053949
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202013IF 702410
Case Type Description: INFRACTION

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202013IF 702410
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED
Court Level/Degree: INFRACTION

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 4202012CR 710627
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 4202012CR 710627
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN

State of Origin: North Carolina
DOB: [redacted]1993
Race: WHITE
Sex: Male
Case Number: 5202012CR 052883
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202012CR 052883
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: [redacted]5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
DOB: [redacted]1993
Race: WHITE
Sex: Male
Case Number: 5202012CR 052884
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202012CR 052884
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: [redacted]5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202012IF 702707
Case Type Description: INFRACTION

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202012IF 702707
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED
Court Level/Degree: INFRACTION

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: [redacted]5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
DOB: [redacted]1993
Race: WHITE

Sex: Male
Case Number: 5202012CR 052123
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202012CR 052123
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202012IF 700694
Case Type Description: INFRACTION

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202012IF 700694
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED
Court Level/Degree: INFRACTION

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 4202012CR 701088
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 4202012CR 701088
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 4202011CR 052529
Case Type Description: CRIMINAL

**Offenses**:

Categories: OTHER
**Offense #1**
Court Case Number: 4202011CR 052529
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 4202011CR 052533
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 4202011CR 052533
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
DOB: REDACTED1993
Race: WHITE
Sex: Male
Case Number: 5202011CR 051384
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 5202011CR 051384
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 4202011CR 701016
Case Type Description: CRIMINAL

**Offenses**:
Categories: OTHER
**Offense #1**
Court Case Number: 4202011CR 701016
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

**North Carolina Court:**
Name: JUSTIN BLAKE MARTIN
LexID: 160866233491
SSN: REDACTED5694
Address: 703 ADCOCK RD, LILLINGTON, NC 27546-9233
Aliases: JUSTIN MARTIN
State of Origin: North Carolina
Race: WHITE
Sex: Male
Case Number: 5202011CR 000011
Case Type Description: CRIMINAL

**Offenses:**
Categories: OTHER
**Offense #1**
Court Case Number: 5202011CR 000011
Court Offense: NOT SPECIFIED
Court Disposition: DISPOSED

**Court Activity:**
[NONE FOUND]

## Sexual Offenses:
[None Found]

## Florida Accidents:
Date/Time: 01/21/2019
County: Dade
State: FL

**Vehicle 1 - Vehicle was traveling South on INTERSTATE 95. Estimated speed was 55 mph in a 55 mph speed zone**
Type: 2014 GMC SIERRA K1500 SLE - Pickup/Light Truck (2 rear tires)
Tag: FHZ7426
VIN: 3GTU2UEC8EG345835

**Driver**
Name: MARTIN JUSTIN BLAKE
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546, HARNETT COUNTY
DL#: 000038146624
DL State: NC

**Owner**
Name: ROLAND RICHARD MARTIN
LexID: 001616794301
Address: 208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY

**Vehicle 2 - Vehicle was traveling South on INTERSTATE 95. Estimated speed was 55 mph in a 55 mph speed zone**
Type: 2014 GMC SIERRA K1500 SLE - Pickup/Light Truck (2 rear tires)
Tag: FHZ7426
VIN: 3GTU2UEC8EG345835

**Driver**
Name: MARTIN JUSTIN BLAKE
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546, HARNETT COUNTY
DL#: 000038146624
DL State: NC

**Owner**
Name: ROLAND RICHARD MARTIN
LexID: 001616794301
Address: 208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY

**Vehicle 3 - Vehicle was traveling South on INTERSTATE 95. Estimated speed was 55 mph in a 55 mph speed zone**
Type: 2014 GMC SIERRA K1500 SLE - Pickup/Light Truck (2 rear tires)
Tag: FHZ7426
VIN: 3GTU2UEC8EG345835

**Driver**
Name: MARTIN JUSTIN BLAKE
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546, HARNETT COUNTY
DL#: 000038146624
DL State: NC

**Owner**
Name: ROLAND RICHARD MARTIN
LexID: 001616794301
Address: 208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY

**Vehicle 4 - Vehicle was traveling South on INTERSTATE 95. Estimated speed was 55 mph in a 55 mph speed zone**
Type: 2014 GMC SIERRA K1500 SLE - Pickup/Light Truck (2 rear tires)
Tag: FHZ7426
VIN: 3GTU2UEC8EG345835

**Driver**
Name: MARTIN JUSTIN BLAKE
Address: 1041 GRAMETA LN, LILLINGTON, NC 27546, HARNETT COUNTY
DL#: 000038146624
DL State: NC

**Owner**
Name: ROLAND RICHARD MARTIN
LexID: 001616794301
Address: 208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY

## Professional License(s):
[None Found]

## Voter Registration:
[None Found]

## Hunting/Fishing Permit:
[None Found]

## Possible Associates:

JUDITH A MCGEHEE LexID: 000013715115 DOB: REDACTED1970
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
**Names Associated with Associate:**
JUDITH ANN ADCOCK LexID: 000013715115 DOB: REDACTED1970
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
JUDITH ADCOCK MCGEHEE LexID: 000013715115 DOB: REDACTED1970
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
JUDITH ADCOCK MCGENEE LexID: 000013715115 DOB: REDACTED1970
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
JUDY A ADCOCK LexID: 000013715115 DOB: REDACTED1970
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
JUDITH A MCGEGEE LexID: 000013715115 DOB: REDACTED1970
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
JUDITH ANN MCGEHEE LexID: 000013715115 DOB: REDACTED1970
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
J ADCOCK LexID: 000013715115 DOB: REDACTED1970
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
JUDITH ADCOCK MCGEHEE LexID: 000013715115 DOB: 1971
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
JUDITH ANN ADCOCK LexID: 000013715115 DOB: 1971
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
JUDITH ADCOCK MCGEHEE LexID: 000013715115 DOB: 1969
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
JUDITH ANN MCGENEE LexID: 000013715115 DOB: REDACTED1970
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
**Active Address(es):**
✔ 427 BROOKFIELD CIR, SANFORD, NC 27330-2257, MOORE COUNTY (Jun 1996 - Aug 2022)
919-774-3356

**Previous And Non-Verified Address(es):**
323 NE 43RD ST, OAK ISLAND, NC 28465-5458, BRUNSWICK COUNTY (Aug 2015 - Dec 2020)
1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Jul 2014 - 2019)
683 ADCOCK RD, LILLINGTON, NC 27546-8300, HARNETT COUNTY ( 2013 - Jul 2014)
168 BAYSIDE RD, DUNN, NC 28334-7681, SAMPSON COUNTY (Aug 1998 - Sep 2002)
2047 PATHWAY DR APT 2047A, SANFORD, NC 27330-9534, LEE COUNTY (Nov 1993 - Oct 1999)

2047A PATH DR, SANFORD, NC 27330, LEE COUNTY (Jan 1994 - Oct 1995)
RR 1 BOX 6, BUNNLEVEL, NC 28323, HARNETT COUNTY (Oct 1986 - Mar 1996)
RR 3 BOX 501, LILLINGTON, NC 27546-9803, HARNETT COUNTY (Nov 1986 - Feb 1996)
RR 3 BOX 502, LILLINGTON, NC 27546-9803, HARNETT COUNTY (Jul 1993)

JUDY GARLAND ADCOCK LexID: 000013729114 DOB: [redacted]1949
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
**Names Associated with Associate:**
JUDY A ADCOCK LexID: 000013729114 DOB: [redacted]1949
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JUDY ADCOCK DURAN LexID: 000013729114 DOB: [redacted]1949
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JUDY ADKINS ADCOCK LexID: 000013729114 DOB: [redacted]1949
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JUDY ADKINS DURAN LexID: 000013729114 DOB: [redacted]1949
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JUDY ADKINS ADCOCK LexID: 000013729114 DOB: 1950
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JUDY ADKINS ADCOCK LexID: 000013729114 DOB: 1947
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JUDY ADKINS ADCOCK LexID: 000013729114 DOB: 1948
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
**Previous And Non-Verified Address(es):**
1041 GRAMETA LN G, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Nov 1997 - Aug 2022)
3265 ARGYLL DR, SANFORD, NC 27332-7401, LEE COUNTY (May 2012 - Feb 2021)
PO BOX 1352, SANFORD, NC 27331-1352, LEE COUNTY (Jun 2014 - Apr 2020)
168 BAYSIDE RD, DUNN, NC 28334-7681, SAMPSON COUNTY (Sep 1998 - Oct 1999)
RR 3 BOX 502, LILLINGTON, NC 27546-9535, HARNETT COUNTY (Jan 1983 - Jan 1999)
PO BOX 502, LILLINGTON, NC 27546-0502, HARNETT COUNTY (Jul 1996)
RR 3 BOX 501, LILLINGTON, NC 27546-9803, HARNETT COUNTY ( 1983 - Dec 1998)
409 W ELIZABETH ST APT C, CLINTON, NC 28328-4469, SAMPSON COUNTY (Jan 1997 - Jul 1998)
RR 3502 BOX, LILLINGTON, NC 27546, HARNETT COUNTY (Nov 1996)
703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY (Jun 2008 - Jan 2013)

REBECCA G CAMERON LexID: 000354238952 DOB: [redacted]1947
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
**Names Associated with Associate:**
BECKY G CAMERON LexID: 000354238952 DOB: 1948
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
BECKY G CAMERON LexID: 000354238952 DOB: [redacted]1947
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
BECKY S CARMERON LexID: 000354238952 DOB: [redacted]1947
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
REBECCA GAINES CAMERON LexID: 000354238952 DOB: [redacted]1947
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
REBECCA GAINES CAMERON LexID: 000354238952 DOB: [redacted]/1947
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
B CAMERON LexID: 000354238952
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
REBECCA GAINES CAMERON LexID: 000354238952 DOB: 1948
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
REBECCA GAINES CAMERON LexID: 000354238952 DOB: [redacted]/1947
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
REBECCA G CAMEORN LexID: 000354238952 DOB: [redacted]/1947
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
REBECCA GAINES CAMERON LexID: 000354238952 DOB: 1946
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
**Active Address(es):**
PO BOX 74, BROADWAY, NC 27505-0074, LEE COUNTY (Sep 2009 - Aug 2022)
**Previous And Non-Verified Address(es):**
1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (Nov 2016 - Nov 2020)
13074 NC 27 W 27, BROADWAY, NC 27505-9132, HARNETT COUNTY (Dec 1988 - Apr 2020)
13047 NC 27 W, BROADWAY, NC 27505-9132, HARNETT COUNTY (Nov 2000 - Nov 2016)
115 DALRYMPLE RD, SANFORD, NC 27330-9704, LEE COUNTY (Oct 1986 - May 2014)
13074 NC APT 27, BROADWAY, NC 27505, LEE COUNTY (Aug 1997)
RR 1 BOX 571, BROADWAY, NC 27505-9801, LEE COUNTY (Mar 1975 - Jun 1997)
PO BOX 571, BROADWAY, NC 27505-0571, LEE COUNTY (Jun 1997)
502 S MAIN ST, BROADWAY, NC 27505-9709, LEE COUNTY (Nov 2011)
316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (Aug 2011)

MICHELE C FAIRCLOTH LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
**Names Associated with Associate:**

MICHELE K CAMERON LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
KAREN MICHELLE CAMERON LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELE CAMERON FAIRCLOTH LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELLE C FAIRCLOTH LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
KAR MICHELE CAMERON LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
M C FAIRCLOTH LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
K M CAMERON LexID: 000354708249 DOB: 1969
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELE CAMERON FAIRCLOTH LexID: 000354708249 DOB: 1969
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
KAREN M FAIRCLOTH LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHEL C FAIRCLOTH LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELE CAMERON FAIRCLOTH LexID: 000354708249 DOB: 1967
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
K M CAMERON LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELE M CAMERON LexID: 000354708249 DOB: [redacted]/1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELLE C FARICLOTH LexID: 000354708249 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1974 and 12/31/1975

**Active Address(es):**

1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (May 2005 - Aug 2022)
919-258-3974 - EDT FAIRCLOTH MICHELE C

**Previous And Non-Verified Address(es):**

316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (May 2007 - Dec 2017)
13074 NC 27 W, SANFORD, NC 27330, LEE COUNTY (Oct 2007 - Feb 2013)
13074 NC 27 W 27, BROADWAY, NC 27505-9132, HARNETT COUNTY (Nov 1998 - Sep 2019)
859 COPELAND RD, SANFORD, NC 27330-0634, LEE COUNTY (Apr 2002 - Feb 2013)
13074 HWY 27 W, BROADWAY, NC 27505, LEE COUNTY (Nov 1998 - Sep 2012)
104 COVE LNDG, SANFORD, NC 27332-9676, HARNETT COUNTY (Jun 2005 - 2008)
5102 COOL SPRINGS RD, BROADWAY, NC 27505-8725, HARNETT COUNTY (Nov 1996 - Nov 2008)
11948 US 421 N, BROADWAY, NC 27505-8835, HARNETT COUNTY (Aug 2002 - Aug 2005)
RR 2 BOX 193-A, BROADWAY, NC 27505-9802, HARNETT COUNTY (Dec 1994 - Aug 2011)

LOUIS DURAN LexID: 000714582397 DOB: [redacted]1951
[redacted]xxxx issued in Colorado between 1/1/1966 and 12/31/1966

**Names Associated with Associate:**

LOUIS S DURAN LexID: 000714582397 DOB: [redacted]1951
[redacted]xxxx issued in Colorado between 1/1/1966 and 12/31/1966

LOUIS F DURAN LexID: 000714582397 DOB: [redacted]1951
[redacted]xxxx issued in Colorado between 1/1/1966 and 12/31/1966

LOUIS F DURAN LexID: 000714582397 DOB: [redacted]/1951
[redacted]xxxx issued in Colorado between 1/1/1966 and 12/31/1966

LOUIS F DURAN LexID: 000714582397 DOB: [redacted]1941
[redacted]xxxx issued in Colorado between 1/1/1966 and 12/31/1966

LOUIS DURAN LexID: 000714582397 723-74-xxxx - SSN potentially randomly issued by the SSA.
DOB: 1951
LOUIS DURAN LexID: 000714582397 DOB: [redacted]/1952
[redacted]xxxx issued in Colorado between 1/1/1966 and 12/31/1966

LOUIS FLORENCO DURAN LexID: 000714582397 DOB: [redacted]1951
[redacted]xxxx issued in Colorado between 1/1/1966 and 12/31/1966

LOUIS FLORENCO DURAN LexID: 000714582397 DOB: 1949
[redacted]xxxx issued in Colorado between 1/1/1966 and 12/31/1966

LOUIS F DURAN LexID: 000714582397 DOB: [redacted]1951

**Active Address(es):**

1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Jun 2015 - Aug 2022)
910-893-5368 - EDT ADCOCK JUDY G

**Previous And Non-Verified Address(es):**
171 ELSIE LAMM RD, SANFORD, NC 27332-9830, LEE COUNTY (Jan 2012 - Apr 2014)
10200 E DRY CREEK RD UNIT 7-207, ENGLEWOOD, CO 80112-1656, ARAPAHOE COUNTY (Aug 2011 - Nov 2019)
70912 N WAHSATCH, COLORADO SPRINGS, CO 80903, EL PASO COUNTY (Feb 2010 - May 2011)
709 1/2 N WAHSATCH AVE, COLORADO SPRINGS, CO 80903-1376, EL PASO COUNTY (Aug 2009)
709 N WAHSATCH AVE, COLORADO SPRINGS, CO 80903-3005, EL PASO COUNTY (Sep 2010)
2855 PLAYER AVE, SIERRA VISTA, AZ 85650-5209, COCHISE COUNTY (Jan 2009 - Aug 2012)
321 E DALE ST, COLORADO SPRINGS, CO 80903-1102, EL PASO COUNTY (May 2007 - Apr 2020)
11555 LEXIE LN, COLORADO SPRINGS, CO 80908-4010, EL PASO COUNTY (Oct 2004 - Feb 2013)
4225 S COMANCHE DR, SIERRA VISTA, AZ 85650-8421, COCHISE COUNTY (Apr 2006 - Apr 2020)

CLYDE STANLEY FAIRCLOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
**Names Associated with Associate:**
CLYDE S FAIRCLOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE FAIRCLOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
STANLEY FAIRCLOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
STANLEY C FAIRCLOTH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE S FAIRLOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE STANLEY FAIRLCOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CIYDE S FAIRCLOTH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE S FAIRCLOLH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE STANLEY FAIRCLOTH JR LexID: 000772209582 DOB: 1968
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE S SYKES LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE STA LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
STANLEY S FAIRCLOTH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE STANLEY FAIRCCOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE S FAIRCLOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1936 and 12/31/1951
SSN belongs to a person reported as deceased.
CLYDE S FAIRCLOTH JR LexID: 000772209582 DOB: 1968
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE STAMLEY FAIRCLOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE STANLEY FAIRCLOTH JR LexID: 000772209582 DOB: 1965
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE STANLEY FAIRCLOTH JR LexID: 000772209582 DOB: 1966
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE STANLEY FAIRCOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE S FAIRDOTH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE STANLEY FAIRELOTH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE STANLEY FARICLOTH JR LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
CLYDE F STANLEY LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
J FAIRCLOTH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
JESSICA FAIRCLOTH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
JOHNNY FAIRCLOTH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
STANLEY FAIRCLOTH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
STANLEY C FAIRCLOTH LexID: 000772209582 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1975 and 12/31/1976
**Active Address(es):**
✔5322 COOL SPRINGS RD, BROADWAY, NC 27505-8727, HARNETT COUNTY (Mar 1992 - Aug 2022)

919-258-9508

**Previous And Non-Verified Address(es):**
5322 CLYDED SPRINGS RD, BROADWAY, NC 27505, LEE COUNTY (Nov 2020 - Jul 2022)
117 LUKE RD, BROADWAY, NC 27505-8684, HARNETT COUNTY (May 2022)
5272 COOL SPRINGS RD, BROADWAY, NC 27505-8726, HARNETT COUNTY (Mar 1990 - May 2022)
1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (Aug 2004 - Feb 2022)
618 CREEK DR, HAMPSTEAD, NC 28443-2825, PENDER COUNTY (Jul 2012 - Jun 2020)
209 FOX WOOD, SANFORD, NC 27332-1114, HARNETT COUNTY (Dec 2019)
352 WINDING RDG, SANFORD, NC 27332-1107, HARNETT COUNTY (Dec 2019)
1518 WESTOVER DR, SANFORD, NC 27330-8982, LEE COUNTY (Nov 2005 - Apr 2021)
188 OLD E C WOMACK RD, SANFORD, NC 27330-0788, LEE COUNTY (May 2020 - Jul 2020)

ANGELA DAWN MULLINS LexID: 002659779709 DOB: REDACTED1976
REDACTEDxxxx issued in North Carolina between 1/1/1979 and 12/31/1980

**Names Associated with Associate:**
ANGELA DAWN WATSON LexID: 002659779709 DOB: REDACTED1976
REDACTEDxxxx issued in North Carolina between 1/1/1979 and 12/31/1980

ANGELA B WATSON LexID: 002659779709 DOB: REDACTED1976
REDACTEDxxxx issued in North Carolina between 1/1/1979 and 12/31/1980

A MULLINS LexID: 002659779709 DOB: REDACTED1976
REDACTEDxxxx issued in North Carolina between 1/1/1979 and 12/31/1980

ANGIE WATSON LexID: 002659779709 DOB: REDACTED1976
REDACTEDxxxx issued in North Carolina between 1/1/1979 and 12/31/1980

**Previous And Non-Verified Address(es):**
PO BOX 382, MAX MEADOWS, VA 24360-0382, WYTHE COUNTY (Sep 2017 - Jul 2022)
PO BOX 690, MAX MEADOWS, VA 24360-0690, WYTHE COUNTY (Apr 2016 - Sep 2017)
PO BOX 108, MAX MEADOWS, VA 24360-0108, WYTHE COUNTY (Apr 2010 - Jan 2021)
5034 WHETSTONE RD, NORTH CHESTERFIELD, VA 23234-4320, CHESTERFIELD COUNTY (Dec 2001 - Oct 2018)
5034 WHETSTONE RD, RICHMOND, VA 23234-4320, CHESTERFIELD COUNTY (Oct 2002)
531 SMITH RD, MAX MEADOWS, VA 24360, WYTHE COUNTY (May 2010 - Apr 2016)
2161 AUSTINVILLE RD, AUSTINVILLE, VA 24312-3115, WYTHE COUNTY (Jan 2001 - May 2007)
257C 6 RT 1, GALAX, VA 24333, GALAX COUNTY (Jul 1998 - Apr 2007)
1879 COLD SPRINGS LN, GALAX, VA 24333-3765, GRAYSON COUNTY (Apr 2000 - Aug 2004)
1205 COLD SPRINGS LN, GALAX, VA 24333-3767, GRAYSON COUNTY (Oct 1998 - Jan 2011)

WALTER BRADLEY WATSON JR LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

**Names Associated with Associate:**
WALTER B J WATSON LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

BRAD W WATSON JR LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

BRAD B WATSON LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

BRADLY WATSON JR LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

WALTER B JR WATSON JR LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

B WATSON JR LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

WALTER BRADLEY WATSON JR LexID: 002660338771 DOB: 1980
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

WALTER B JR WATSON LexID: 002660338771 DOB: 1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981
WALTER BRADLEY WATSON JR LexID: 002660338771 DOB: 1978
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

WALKER B WAKON LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
**Previous And Non-Verified Address(es):**
PO BOX 324, OAK ISLAND, NC 28465-6853, BRUNSWICK COUNTY (Jan 2019 - Jul 2022)

584 HEARTHSIDE DR SE, BOLIVIA, NC 28422-8308, 019 COUNTY (May 2022)
2205 W OAK ISLAND DR, OAK ISLAND, NC 28465-7418, BRUNSWICK COUNTY (Oct 2018 - Jul 2022)
PO BOX 1352, SANFORD, NC 27331-1352, LEE COUNTY (Sep 2014 - Oct 2021)
3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (Sep 2014 - Mar 2019)
3265 ARGYLL DR, SANFORD, NC 27332-7401, LEE COUNTY (Aug 2012 - Aug 2015)
703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY (Nov 2004 - May 2015)
1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Dec 2004 - May 2014)
PO BOX, MAX MEADOWS, VA 24360-0108, WYTHE COUNTY (Oct 2008)
1205 COLD SPRINGS LN, GALAX, VA 24333-3767, GRAYSON COUNTY (Jul 1998 - Dec 2010)

WALTER B WATSON LexID: 149216986229
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977

**Names Associated with Associate:**

BRAD W WATSON LexID: 149216986229 DOB: REDACTED1974
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981
WALTER BRADLEY WATSON LexID: 149216986229 DOB: REDACTED1974
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981
BRADLY WATSON JR LexID: 149216986229 DOB: REDACTED1974
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

**Active Address(es):**

2205 W OAK ISLAND DR, OAK ISLAND, NC 28465-7418, BRUNSWICK COUNTY (Oct 2018 - Sep 2021)

**Previous And Non-Verified Address(es):**

1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Dec 2004 - Mar 2013)
1205 COLD SPRINGS LN, GALAX, VA 24333-3767, GRAYSON COUNTY (Jul 1998 - Jan 2013)
703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY (Apr 2006 - Aug 2010)
MAX MEADOWS VA, MAX MEADOWS, VA 24360, WYTHE COUNTY (Mar 2005)
PO BOX 108, MAX MEADOWS, VA 24360-0108, WYTHE COUNTY (Jan 2003 - Jan 2005)
4557 VASS CARTHAGE RD, CARTHAGE, NC 28327-7023, MOORE COUNTY (Feb 2004 - Jun 2004)
2161 AUSTINVILLE RD, AUSTINVILLE, VA 24312-3115, WYTHE COUNTY (Mar 2001 - Feb 2002)
RR 1 BOX 257, GALAX, VA 24333, GALAX COUNTY (Feb 1998 - Apr 1998)
PO BOX 1205, GALAX, VA 24333-1205, GALAX COUNTY (Apr 1999)

ASHLEY K CAMERON LexID: 154676254176 DOB: REDACTED1994
REDACTEDxxxx issued in North Carolina between 9/2/1994 and 7/31/1995

**Names Associated with Associate:**

ASHLEY F CAMERON LexID: 154676254176 DOB: REDACTED1994
REDACTEDxxxx issued in North Carolina between 9/2/1994 and 7/31/1995
ASHLEY CAMERON LexID: 154676254176 DOB: REDACTED1994
REDACTEDxxxx issued in North Carolina between 9/2/1994 and 7/31/1995
ASHLEY K KRISTIN LexID: 154676254176 DOB: REDACTED1994
REDACTEDxxxx issued in North Carolina between 9/2/1994 and 7/31/1995
ASHLEY KRISTIN CAMERON LexID: 154676254176 DOB: REDACTED1994
ASHLEY KRISTIN CAMERON LexID: 154676254176 DOB: REDACTED1994
REDACTEDxxxx issued in North Carolina between 9/2/1994 and 7/31/1995
ASHLEY CAMERON LexID: 154676254176 DOB: REDACTED1994
REDACTEDxxxx issued in North Carolina between 9/2/1994 and 8/31/1995
ASHLEY KRISTIN CAMERON LexID: 154676254176 DOB: 1993
ASHLEY KRISTIN CAMERON LexID: 154676254176 DOB: 1995

**Active Address(es):**

204 MANSFIELD DR, BROADWAY, NC 27505-9678, LEE COUNTY (Mar 2011 - Aug 2022)

**Previous And Non-Verified Address(es):**

3219 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (May 2015 - Feb 2018)
107 SERENITY LN, SANFORD, NC 27330-1048, LEE COUNTY (Jul 2014 - Mar 2017)
601 E FRONT ST, LILLINGTON, NC 27546-7486, HARNETT COUNTY (Apr 2014 - Sep 2019)
703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY (Jan 2013 - Sep 2013)
316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (Jan 2013 - Jun 2013)

MICHAELA FAITH LEWIS LexID: 191330060825 DOB: REDACTED1994
REDACTEDxxxx issued in North Carolina between 11/1/1994 and 10/2/1995

**Names Associated with Associate:**

MICHAELA FAITH MAGILL LexID: 191330060825 DOB: REDACTED1994
REDACTEDxxxx issued in North Carolina between 11/1/1994 and 10/2/1995
MICHAELA FAITH MAGILL LexID: 191330060825 DOB: 1994
MICHAELA FAITH MAGILL LexID: 191330060825 DOB: 1995
MICHAELA FAITH MAGILL LexID: 191330060825 DOB: REDACTED1994
REDACTEDxxxx issued in North Carolina between 11/1/1994 and 10/2/1995
MICHAELA FAITH MAGILL LexID: 191330060825 DOB: 1993

**Active Address(es):**

4325 MCNEILL RD, SANFORD, NC 27332-2637, HARNETT COUNTY (Nov 2019 - Aug 2022)

**Previous And Non-Verified Address(es):**
76 BROADWAY FARMS DR, BROADWAY, NC 27505-9537, LEE COUNTY (Nov 2017 - May 2022)
478 TROTTER DR, SANFORD, NC 27330-9175, LEE COUNTY (Nov 2014 - May 2017)
239 COPELAND RD, SANFORD, NC 27330-0702, LEE COUNTY (Nov 2014 - Jun 2020)
4 GEORGETOWN CT, YARMOUTH, ME 04096-1542, CUMBERLAND COUNTY (Jul 2019 - Nov 2019)
PO BOX 983, BROADWAY, NC 27505-0983, LEE COUNTY (Jul 2017 - Oct 2019)
3 GEORGETOWN CT APT G3, YARMOUTH, ME 04096-1542, CUMBERLAND COUNTY (Jul 2019)

TATUMN GRACE SMITH LexID: 193328152388 DOB: REDACTED1998
REDACTEDxxxx issued in North Carolina between 11/3/1998 and 9/1/1999
**Names Associated with Associate:**
TATUMN SMITH MARTIN LexID: 193328152388 DOB: REDACTED1998
REDACTEDxxxx issued in North Carolina between 11/3/1998 and 9/1/1999
**Active Address(es):**
5845 OLD US 421, LILLINGTON, NC 27546-8238, HARNETT COUNTY (Jun 2020 - Aug 2022)
**Previous And Non-Verified Address(es):**
401 SWANNS STATION RD, SANFORD, NC 27332-9729, LEE COUNTY (Jun 2019 - Dec 2021)
110 HILLSBORO DR, NEW BERN, NC 28562-3328, CRAVEN COUNTY (Jul 2018 - Jun 2019)
4212 OLD US 421, LILLINGTON, NC 27546-8226, HARNETT COUNTY (Jun 2017 - Oct 2019)
1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (Apr 2018 - Nov 2020)
107 CLEARBROOK WAY, NEW BERN, NC 28562-9589, CRAVEN COUNTY
81 SWORD LOOP, BROADWAY, NC 27505-8134, HARNETT COUNTY (Dec 2013 - Dec 2018)
4845 OLD US 421, LILLINGTON, NC 27546-8233, HARNETT COUNTY (Jul 2020)

CHARLIE LEE FAIRCLOTH LexID: 193329797237 DOB: REDACTED1998
REDACTEDxxxx issued in North Carolina between 10/2/1998 and 8/2/1999
**Names Associated with Associate:**
CHARLIE LEE FAIRCLOTH LexID: 193329797237 DOB: REDACTED1998
REDACTEDxxxx issued in North Carolina between 10/2/1998 and 8/2/1999
CHARLIE LEE FAIRCLOTH LexID: 193329797237 DOB: 1999
**Active Address(es):**
1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (Nov 2016 - Aug 2022)
919-258-3974 - EDT FAIRCLOTH MICHELE C

**Previous And Non-Verified Address(es):**
13074 NC 27 W, BROADWAY, NC 27505-9132, HARNETT COUNTY (Jul 2019 - Jan 2020)
316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (Oct 2014 - Apr 2015)

**Possible Relative Summary:** *(Click on name to link to more details within this report - No Charge)*

> ROLAND RICHARD MARTIN , Age 75
>> RONALD MARTIN - (AKA), Age 75
>> ROLLAND R MARTIN - (AKA), Age 75
>> RICHARD MARTIN - (AKA), Age 75
>> ROWLAND MARTIN - (AKA), Age 75
>> ROLAND R MARTIN - (AKA), Age 75
>> ROL R MARTIN - (AKA), Age 75
>> ROLAND MARTIN - (AKA), Age 75
> RICHARD ROLAND MARTIN , Age 52
>> RICHARD B MARTIN - (AKA), Age 52
>> MARTIN ERICHARD - (AKA), Age 52
>> RICHARD ROLLAND MARTIN - (AKA), Age 52
>> RICHIE R MARTIN - (AKA), Age 52
>> MARTIN RICHARD - (AKA), Age 52
>> RICHIE M MARTIN - (AKA), Age 52
>> RICH MARTIN - (AKA), Age 52
>> ROLAND R MARTIN - (AKA), Age 52
>> RICHARD MARTIN - (AKA), Age 52
>> MARTIN RICHARD ROLAND - (AKA), Age 52
>> RITCHIE MARTAIN - (AKA), Age 52
>> ROLAND MARTINRICHARD - (AKA), Age 52
>> MICHELE C FAIRCLOTH , Age 53
>>> MICHELE K CAMERON - (AKA), Age 53
>>> KAREN MICHELLE CAMERON - (AKA), Age 53
>>> MICHELE CAMERON FAIRCLOTH - (AKA), Age 53
>>> MICHELLE C FAIRCLOTH - (AKA), Age 53
>>> KAR MICHELE CAMERON - (AKA), Age 53
>>> M C FAIRCLOTH - (AKA), Age 53
>>> K M CAMERON - (AKA), Age 53
>>> MICHELE CAMERON FAIRCLOTH - (AKA), Age 53
>>> KAREN M FAIRCLOTH - (AKA), Age 53
>>> MICHEL C FAIRCLOTH - (AKA), Age 53
>>> MICHELE CAMERON FAIRCLOTH - (AKA), Age 55

>>> K M CAMERON - (AKA), Age 53
>>> MICHELE M CAMERON - (AKA), Age 53
>>> MICHELLE C FARICLOTH - (AKA), Age 53
>> JAN M DEANGELIS , Age 57
>>> JAN DEANGELIS MARTIN - (AKA), Age 57
>>> JAN D WHITTON - (AKA), Age 57
>>> JAN MARIE DEANGELIS - (AKA), Age 57
>>> JAN D DEANGELIS - (AKA), Age 57
>>> JAN MARIE BARBEE - (AKA), Age 57
>>> JAN M BARBEE - (AKA), Age 57
>>> JAN WHITTON - (AKA), Age 57
>>> JAN DEANGELIS WHITTON - (AKA), Age 57
>>> MARTIN JAN DEANGELIS - (AKA), Age 57
>>> BARBEE JAN DEANGELIS - (AKA), Age 57
>>> JAN MARIE DEANGLES - (AKA), Age 57
>>> JAN MARIE BARBER - (AKA), Age 57
>>> JAN M DEANGELIS - (AKA), Age 57
>>> JAN M BARBEE - (AKA), Age 57
>>> JAN MARIE BARBEE - (AKA), Age 57
>>> JAN J DEANGELIS - (AKA), Age 57
>>> JAN MARIE DEANGELIS - (AKA), Age 57
>>> JAN MARTIN OWNER - (AKA), Age 57
>>> JAN WHITTON - (AKA), Age 57
>>> JAN M BARBER - (AKA), Age 57
>>> JAN M DEANGELIS - (AKA), Age 67
>>> JAN D WHITTON - (AKA), Age 57
>>> JAN M BARBER - (AKA), Age 57
>>> JAN M BARBER - (AKA), Age 57
>>> JAN MARIE DEANGELIS - (AKA), Age 59
>>> JAN MARIE DEANGELIS BARBEE - (AKA), Age 57
>>> JAN DEANGELIS MARTIN - (AKA), Age 57
>>> JAN DEAGELIS - (AKA), Age 57
>>> JAN M DEANGELS - (AKA), Age 57
>>> JAN MARIE MARTIN - (AKA), Age 57
>>> JAN D WHITTON - (AKA), Age 57
>>> JAN MARIE WHITTON - (AKA), Age 57
> TAMMY RENEE WATSON , Age 46
>> TAMMY RENEE MARTIN - (AKA), Age 46
>> TAMMY RENEE ADCOCK - (AKA), Age 46
>> TAMMY ADCOCK WATSON - (AKA), Age 46
>> TAMMY R MARTIN - (AKA), Age 46
>> TAMMY ADCOCK MARTIN - (AKA), Age 46
>> MARTIN TAMMY - (AKA), Age 46
>> PAMMY MARTIN - (AKA), Age 45
>> TAMMY R MARTIN - (AKA), Age 46
>> TAMMY RENEE MARTIN - (AKA), Age 46
>> WATSON TAMMY WATSON - (AKA), Age 46
>> WALTER BRADLEY WATSON JR , Age 42
>>> WALTER B J WATSON - (AKA), Age 42
>>> BRAD W WATSON JR - (AKA), Age 42
>>> BRAD B WATSON - (AKA), Age 42
>>> BRADLY WATSON JR - (AKA), Age 42
>>> WALTER B JR WATSON JR - (AKA), Age 42
>>> B WATSON JR - (AKA), Age 42
>>> WALTER BRADLEY WATSON JR - (AKA), Age 42
>>> WALTER B JR WATSON - (AKA), Age 43
>>> WALTER BRADLEY WATSON JR - (AKA), Age 44
>>> WALKER B WAKON - (AKA), Age 42
> WALTER BRADLEY WATSON , Age 78
>> BRAD W WATSON - (AKA), Age 78
>> WALTER BRADLEY WATSON - (AKA), Age 77
>> WALTER WATSON - (AKA), Age 78
>> WALTER B WATSON
>>> BRAD W WATSON - (AKA), Age 47
>>> WALTER BRADLEY WATSON - (AKA), Age 47
>>> BRADLY WATSON JR - (AKA), Age 47
>> DIANA F RICHARDSON , Age 66
>>> DIANA F HOOPS - (AKA), Age 66
>>> DIANA ANDJOHN RICHARDSON - (AKA), Age 66
>>> DIANE F HOOPS - (AKA), Age 66
>>> DIANA FERN RICHARDSON - (AKA), Age 66
>>> DIANE FERN RICHARDSON - (AKA), Age 66
>>> DANNA F RICHARDSON - (AKA), Age 66
>>> FERN DIANE HOOPS - (AKA), Age 66
>>> F RICHARDSON DIANA - (AKA), Age 66
>>> D RICHARDSON - (AKA), Age 66

>>> DIANNA F RICHARDSON - (AKA), Age 66
>>> DIANA RICHARSON - (AKA), Age 66
>>> DIANE HOOPS - (AKA), Age 66
>>> FERN D HOOPS - (AKA), Age 66
>>> DIANA FERN RICHARDSON - (AKA), Age 66
>>> DIANA FERN RICHARDSON - (AKA), Age 65
>>> DIANE F RICHARDSON - (AKA), Age 66
>> ANGELA DAWN MULLINS , Age 45
>>> ANGELA DAWN WATSON - (AKA), Age 45
>>> ANGELA B WATSON - (AKA), Age 45
>>> A MULLINS - (AKA), Age 45
>>> ANGIE WATSON - (AKA), Age 45
> PRESTON JACOB MARTIN , Age 25
>> TATUMN GRACE SMITH , Age 23
>>> TATUMN SMITH MARTIN - (AKA), Age 23
> CHERYL L WATSON , Age 54
>> CHERYL LYNN WATSON - (AKA), Age 54
>> SHERYL L WATSON - (AKA), Age 54
>> CHERYL W ANDERS - (AKA), Age 54
>> CHERAL WATSN - (AKA), Age 54
>> CHERYL L WATSON - (AKA), Age 54
>> CHERYL L WATSON - (AKA), Age 53
>> CHERYL LYNN WATSON - (AKA), Age 54
>> CHERYL W ANDERS - (AKA), Age 53
> I PRESTON MARTIN , Age 25
> LORETTA EVANS WATSON , Age 77
>> LORETTA SUE WATSON - (AKA), Age 77
> DIANE BOSSE MARTIN , Age 71
>> DIANIA M MARTIN - (AKA), Age 71
>> DIANIA B MARTIN - (AKA), Age 71
>> DIANE M MARTIN - (AKA), Age 71
>> DIANE D MARTIN - (AKA), Age 71
>> B MARTIN DIANE - (AKA), Age 71
>> DIA M MARTIN - (AKA), Age 71
>> DIANE P MARTIN - (AKA), Age 71
>> DIANNE MARTIN - (AKA), Age 71
> MICHELLE MICHELLE MARTIN , Age 53
>> MARY M MARTIN - (AKA), Age 53
>> MARY MICHELLE MARTIN - (AKA), Age 53
>> MARY MICHELLE MARTIN - (AKA), Age 52
>> MARY MICHELLE MARTIN - (AKA), Age 54
>> MARY MARTIN - (AKA), Age 53
>> MARY M MARTIN - (AKA), Age 53
>> JAMES R HOLT SR , Age 61
>>> JAMES N HOLT SR - (AKA), Age 61
>>> JAMES R HOLT SR - (AKA), Age 61
>>> JAMES ROBERT HOLT - (AKA), Age 61
>>> RALPH HOLT SR - (AKA), Age 61
>>> JAAMES R HOLT - (AKA), Age 61
>>> JAMES R HOLT - (AKA), Age 62
>>> JAMES ROBERT HOLT - (AKA), Age 60
>>> JAMES ROBERT HOLT - (AKA), Age 63
>>> JAMES ROBERT HOLT - (AKA), Age 62
>> EMANUEL C MARTIN , Age 55
>>> EMANUAL C MARTIN - (AKA), Age 65
>>> EMANUAL C MARTIN - (AKA), Age 55
>>> EMANUEL MARTIN - (AKA), Age 65
>>> EMMANUAL C MARTIN - (AKA), Age 65
>>> EMMANUAL C MARTIN - (AKA), Age 55
>>> EMANUAL C MARTIN - (AKA), Age 55
>>> EMANUEL MARTIN - (AKA), Age 55
>> TANNY D MARTIN , Age 64
>>> TAMMY D MARTIN - (AKA), Age 64
>>> TANNY DIANE MARTIN - (AKA), Age 64
>>> MARTIN D TANNY - (AKA), Age 64
>>> TAMMY D MARTIN - (AKA), Age 63
>>> TANNY D MARTIN - (AKA), Age 63
>>> TANNY MARTIN - (AKA), Age 64
>>> TANNY DIANE MARTIN - (AKA), Age 63
>>> DIANA MARTIN - (AKA), Age 64
>>> DIANE MARTIN TANNY - (AKA), Age 64

>>> DIANE MARTIN TANNY - (AKA), Age 63
>>> MARTIN TANNY DIANE - (AKA), Age 64
>>> DIANE MARTIN - (AKA), Age 64
>>> DIANE MARTIN TANNY - (AKA), Age 62
>>> TANNY MARTIN - (AKA), Age 63
>>> TANNY DIANE MARTIN - (AKA), Age 65
>>> TANNY DIANE MARTIN - (AKA), Age 62

**Possible Relatives:**
** Relative Results Limited to 20 - Use Maximum Relatives to Return Option to adjust limit **

ROLAND RICHARD MARTIN LexID: 001616794301 DOB: REDACTED/1947
REDACTEDxxxx issued in Connecticut between 1/1/1962 and 12/31/1963
**Names Associated with Relative:**
RONALD MARTIN LexID: 001616794301 DOB: REDACTED/1947
REDACTEDxxxx issued in Connecticut between 1/1/1962 and 12/31/1963
ROLLAND R MARTIN LexID: 001616794301 DOB: REDACTED/1947
REDACTEDxxxx issued in Connecticut between 1/1/1962 and 12/31/1963
RICHARD MARTIN LexID: 001616794301 DOB: REDACTED/1947
REDACTEDxxxx issued in Connecticut between 1/1/1962 and 12/31/1963
ROWLAND MARTIN LexID: 001616794301 DOB: REDACTED/1947
REDACTEDxxxx issued in Connecticut between 1/1/1962 and 12/31/1963
ROLAND R MARTIN LexID: 001616794301 DOB: REDACTED/1947
ROL R MARTIN LexID: 001616794301 DOB: REDACTED/1947
REDACTEDxxxx issued in Connecticut between 1/1/1962 and 12/31/1963
ROLAND MARTIN LexID: 001616794301 DOB: REDACTED/1947
REDACTEDxxxx issued in Connecticut between 1/1/1962 and 12/31/1963
**Active Address(es):**
208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY (Jul 2000 - Aug 2022)
**Current Residents at Address:**
DIANE BOSSE MARTIN
ROLAND RICHARD MARTIN
**Current phones listed at this address:**
919-776-9633 - EDT GUNTER LISA

919-718-9304

**Previous And Non-Verified Address(es):**
316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (Jul 2006 - Nov 2008)
**Current Residents at Address:**
THOMAS GLENN BEASLEY SR
CARMEN REBECCA RONDA
GREGORY JONATHAN MCCORMICK SR
8515 HAWK RD, SANFORD, NC 23330, 105 COUNTY (Nov 1990 - Aug 2007)
919-776-4687

THORNWOOD VLG LOT 58, SANFORD, NC 27330, LEE COUNTY (Sep 1989 - Nov 1998)
THORNWOOD VIL LOT 5, SANFORD, NC 27330, LEE COUNTY (Apr 1998)
736 COX MADDOX RD, SANFORD, NC 27332-8044, LEE COUNTY (Mar 1993 - Dec 1994)
**Current Residents at Address:**
TOBY DEAN GUNTER
LEWIS ALAN MASHBURN JR
SHELBY MASHBURN
58 THORNWOOD CT, SANFORD, NC 27330-1066, LEE COUNTY (Nov 1986 - Aug 1992)
**Current Residents at Address:**
ELIZABETH A JOHNSON
5 THORNWOOD VILLAGE LOT, SANFORD, NC 27330, LEE COUNTY (Sep 1991 - Dec 1991)
1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (May 2019)
**Current Residents at Address:**
JUDY GARLAND ADCOCK
LOUIS DURAN
JUSTIN BLAKE MARTIN
910-893-5368 - EDT ADCOCK JUDY G

RICHARD ROLAND MARTIN LexID: 001611133669 DOB: REDACTED/1970
REDACTEDxxxx issued in North Carolina between 1/1/1985 and 12/31/1986

**Names Associated with Relative:**
RICHARD B MARTIN LexID: 001611133669 DOB: REDACTED/1970
REDACTEDxxxx issued in North Carolina between 1/1/1985 and 12/31/1986

MARTIN ERICHARD LexID: 001611133669 DOB: [redacted]1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986

RICHARD ROLLAND MARTIN LexID: 001611133669 DOB: [redacted]1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986

RICHIE R MARTIN LexID: 001611133669 DOB: [redacted]1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986

MARTIN RICHARD LexID: 001611133669 DOB: 1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986

RICHIE M MARTIN LexID: 001611133669 DOB: [redacted]1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986

RICH MARTIN LexID: 001611133669 DOB: [redacted]1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986

ROLAND R MARTIN LexID: 001611133669 DOB: [redacted]1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986

RICHARD MARTIN LexID: 001611133669 DOB: [redacted]1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986
MARTIN RICHARD ROLAND LexID: 001611133669 DOB: [redacted]1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986

RITCHIE MARTAIN LexID: 001611133669 DOB: [redacted]/1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986

ROLAND MARTINRICHARD LexID: 001611133669 DOB: [redacted]1970
[redacted]xxxx issued in North Carolina between 1/1/1985 and 12/31/1986

**Active Address(es):**
1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (Sep 2016 - Aug 2022)
**Current Residents at Address:**
MICHELE C FAIRCLOTH
RICHARD ROLAND MARTIN
CHARLIE LEE FAIRCLOTH
919-258-3974 - EDT FAIRCLOTH MICHELE C

**Previous And Non-Verified Address(es):**
2503 S HORNER BLVD, SANFORD, NC 27332-6141, LEE COUNTY (Sep 2020 - Mar 2021)
919-775-0016 - EDT NOBLE AUTO CARE

13074 NC 27 W, BROADWAY, NC 27505-9132, HARNETT COUNTY (Aug 2014 - Feb 2017)
**Current Residents at Address:**
SHANA HINSON
TAYLOR LEE HINSON

316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (Jul 2006 - Apr 2016)
**Current Residents at Address:**
THOMAS GLENN BEASLEY SR
CARMEN REBECCA RONDA
GREGORY JONATHAN MCCORMICK SR
111 BANK ST, SANFORD, NC 27332-9721, LEE COUNTY (Apr 2006 - May 2011)
104 COVE LNDG, SANFORD, NC 27332-9676, HARNETT COUNTY (Apr 2006 - May 2007)
**Current Residents at Address:**
JASON RYAN AVRAMIS
EUGENE RONALD BILODEAU
JIMMY DON BOWLIN JR
SHARROLL L BOWLIN JR
ELEANOR J SCHARNAGLE
PO BOX 3986, SANFORD, NC 27331-3986, LEE COUNTY (Sep 2004 - Sep 2012)
5258 LOWER MONCURE RD, SANFORD, NC 27330-3124, LEE COUNTY (Aug 2001 - Jan 2007)
**Current Residents at Address:**
SONIA NOWLIN
MAUREEN ELIZABETH OCONNELL
PATRICK AUSTIN OCONNELL
RR 3 BOX 502, LILLINGTON, NC 27546-9803, HARNETT COUNTY (Sep 1992 - May 2008)
1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Jul 1998 - Apr 2005)
**Current Residents at Address:**
JUDY GARLAND ADCOCK
LOUIS DURAN

JUSTIN BLAKE MARTIN
**Current phones listed at this address:**
910-893-5368 - EDT ADCOCK JUDY G

910-893-1125

**Possible Relative:**
MICHELE C FAIRCLOTH LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
**Names Associated with Relative:**
MICHELE K CAMERON LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
KAREN MICHELLE CAMERON LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELE CAMERON FAIRCLOTH LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELLE C FAIRCLOTH LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
KAR MICHELE CAMERON LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
M C FAIRCLOTH LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
K M CAMERON LexID: 000354708249 DOB: 1969
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELE CAMERON FAIRCLOTH LexID: 000354708249 DOB: 1969
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
KAREN M FAIRCLOTH LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHEL C FAIRCLOTH LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELE CAMERON FAIRCLOTH LexID: 000354708249 DOB: 1967
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
K M CAMERON LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELE M CAMERON LexID: 000354708249 DOB: REDACTED
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
MICHELLE C FARICLOTH LexID: 000354708249 DOB: REDACTED1968
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975
**Active Address(es):**
1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (May 2005 - Aug 2022)
**Current Residents at Address:**
MICHELE C FAIRCLOTH
RICHARD ROLAND MARTIN
CHARLIE LEE FAIRCLOTH
919-258-3974 - EDT FAIRCLOTH MICHELE C

**Previous And Non-Verified Address(es):**
316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (May 2007 - Dec 2017)
**Current Residents at Address:**
THOMAS GLENN BEASLEY SR
CARMEN REBECCA RONDA
GREGORY JONATHAN MCCORMICK SR
13074 NC 27 W, SANFORD, NC 27330, LEE COUNTY (Oct 2007 - Feb 2013)
13074 NC 27 W 27, BROADWAY, NC 27505-9132, HARNETT COUNTY (Nov 1998 - Sep 2019)
859 COPELAND RD, SANFORD, NC 27330-0634, LEE COUNTY (Apr 2002 - Feb 2013)
13074 HWY 27 W, BROADWAY, NC 27505, LEE COUNTY (Nov 1998 - Sep 2012)
104 COVE LNDG, SANFORD, NC 27332-9676, HARNETT COUNTY (Jun 2005 - 2008)
**Current Residents at Address:**
JASON RYAN AVRAMIS
EUGENE RONALD BILODEAU
JIMMY DON BOWLIN JR
SHARROLL L BOWLIN JR
ELEANOR J SCHARNAGLE
5102 COOL SPRINGS RD, BROADWAY, NC 27505-8725, HARNETT COUNTY (Nov 1996 - Nov 2008)
919-258-9508

11948 US 421 N, BROADWAY, NC 27505-8835, HARNETT COUNTY (Aug 2002 - Aug 2005)
919-777-9000 - EDT ED'S COLLISION CENTER

RR 2 BOX 193-A, BROADWAY, NC 27505-9802, HARNETT COUNTY (Dec 1994 - Aug 2011)

JAN M DEANGELIS LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
**Names Associated with Relative:**
JAN DEANGELIS MARTIN LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN D WHITTON LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN MARIE DEANGELIS LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN D DEANGELIS LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN MARIE BARBEE LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN M BARBEE LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN WHITTON LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN DEANGELIS WHITTON LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
MARTIN JAN DEANGELIS LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
BARBEE JAN DEANGELIS LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN MARIE DEANGLES LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN MARIE BARBER LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN M DEANGELIS LexID: 000133458720 DOB: [redacted]/1965
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN M BARBEE LexID: 000133458720 DOB: [redacted]/1965
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN MARIE BARBEE LexID: 000133458720 DOB: [redacted]/1965
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN J DEANGELIS LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN MARIE DEANGELIS LexID: 000133458720 DOB: 1965
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN MARTIN OWNER LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN WHITTON LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in Florida between 1/1/1986 and 12/31/1986
JAN M BARBER LexID: 000133458720 DOB: 1965
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN M DEANGELIS LexID: 000133458720 DOB: [redacted]/1954
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN D WHITTON LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in Florida between 1/1/1986 and 12/31/1986
JAN M BARBER LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1936 and 12/31/1951
JAN M BARBER LexID: 000133458720 DOB: [redacted]/1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN MARIE DEANGELIS LexID: 000133458720 DOB: 1963
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN MARIE DEANGELIS BARBEE LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN DEANGELIS MARTIN LexID: 000133458720 DOB: 1965
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN DEAGELIS LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN M DEANGELS LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN MARIE MARTIN LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
JAN D WHITTON LexID: 000133458720 DOB: [redacted]1964
JAN MARIE WHITTON LexID: 000133458720 DOB: [redacted]1964
[redacted]xxxx issued in North Carolina between 1/1/1966 and 12/31/1966
**Active Address(es):**
✔ 2 LARNES ST, CHARLESTON, SC 29403-4619, 019 COUNTY (May 2022 - Aug 2022)
**Current Residents at Address:**
JAN M DEANGELIS
TOMMIE BAXTER ROBERTSON
MARY KATHERINE DAHL
CHARLES MARTIN RODMAN
JAKE FAKERMAN
**Previous And Non-Verified Address(es):**

10 WESTEDGE ST UNIT 313, CHARLESTON, SC 29403-6909, CHARLESTON COUNTY (Oct 2021 - Jun 2022)
6211 WRIGHTSVILLE AVE APT 113, WILMINGTON, NC 28403-3860, NEW HANOVER COUNTY ( 2018 - Nov 2021)
814 N 3RD ST APT 200, WILMINGTON, NC 28401-3408, NEW HANOVER COUNTY (Dec 2018 - Aug 2019)
3310 WICKSLOW RD APT 5, WILMINGTON, NC 28412-0952, NEW HANOVER COUNTY (Nov 2018 - Feb 2019)

**Current Residents at Address:**

JOSUE TEIXEIRA

800 COBIA LN, WILMINGTON, NC 28409-5000, NEW HANOVER COUNTY (Oct 2018 - Dec 2018)

**Current Residents at Address:**

HETTIE D BULLARD
WALTER THORPE MCCARTNEY JR
MORGAN ELYSE GRAVILA
MACON REECE BULLARD
JAMELEANNE LEANNE IRVIN
JAMELA ANNE IRVIN
910-484-9600 - EDT BULLARD ARCHIE M

1318 COURTLAND DR, RALEIGH, NC 27604-1341, WAKE COUNTY (Nov 2012 - May 2020)

**Current Residents at Address:**

BRENDA RATLIFF OBRIANT
CARLEE ALEXANDRA OBRIANT

61 POST OAK LN APT 61, SANFORD, NC 27330-9661, LEE COUNTY (Aug 2014 - Apr 2021)
240 W POPLAR ST, CHARLESTON, SC 29403-3323, CHARLESTON COUNTY (Nov 2021)

**Current Residents at Address:**

IAN CHRISTOPHE BANKER
MEGAN ELIZABETH BARBEE
MARCUS L WILLIS

6211 WRIGHTSVILLE AVE UNIT 13, WILMINGTON, NC 28403-3815, NEW HANOVER COUNTY (Aug 2019)

TAMMY RENEE WATSON LexID: 000013824440 DOB: [redacted]1976
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987

**Names Associated with Relative:**

TAMMY RENEE MARTIN LexID: 000013824440 DOB: [redacted]1976
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987

TAMMY RENEE ADCOCK LexID: 000013824440 DOB: [redacted]1976
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987

TAMMY ADCOCK WATSON LexID: 000013824440 DOB: [redacted]1976
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987

TAMMY R MARTIN LexID: 000013824440 DOB: [redacted]1976
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987

TAMMY ADCOCK MARTIN LexID: 000013824440 DOB: [redacted]1976
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987

MARTIN TAMMY LexID: 000013824440 DOB: [redacted]1976
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987

PAMMY MARTIN LexID: 000013824440 DOB: 1977
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987

TAMMY R MARTIN LexID: 000013824440 DOB: [redacted]/1976
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987
TAMMY RENEE MARTIN LexID: 000013824440 DOB: [redacted]1976
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987
WATSON TAMMY WATSON LexID: 000013824440 DOB: [redacted]1976
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987

**Previous And Non-Verified Address(es):**

PO BOX 324, OAK ISLAND, NC 28465-6853, BRUNSWICK COUNTY (Jan 2019 - Aug 2022)

**Current Residents at Address:**

TAMMY RENEE WATSON
WALTER BRADLEY WATSON JR
WALTER BRADLEY WATSON

584 HEARTHSIDE DR SE, BOLIVIA, NC 28422-8308, 019 COUNTY (Sep 2021 - May 2022)

**Current Residents at Address:**

TAMMY RENEE WATSON
WALTER BRADLEY WATSON JR

2205 W OAK ISLAND DR, OAK ISLAND, NC 28465-7418, BRUNSWICK COUNTY (Oct 2018 - Sep 2021)

**Current Residents at Address:**

BRIAN ERIC BENNETT

PATRICK JERRY GARMYN
KELLY ANN LANCASTER
WALTER BRADLEY WATSON JR

1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (May 1998 - Feb 2014)
**Current Residents at Address:**
JUDY GARLAND ADCOCK
LOUIS DURAN
JUSTIN BLAKE MARTIN
910-893-5368 - EDT ADCOCK JUDY G

3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (Jan 2013 - Mar 2019)
**Current Residents at Address:**
TAMMY OQUINN

PO BOX 1352, SANFORD, NC 27331-1352, LEE COUNTY (Apr 2014 - Feb 2019)
3215 ANGIER DR, SANFORD, NC 27332, LEE COUNTY (Jun 2016)

3265 ARGYLL DR, SANFORD, NC 27332-7401, LEE COUNTY (Aug 2012 - Mar 2017)
**Current Residents at Address:**
CHERYL DIANE CARR
MICHELLE LEE HERTZ
JASON KENNETH STRAUCH

703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY (Mar 2006 - Jun 2013)
**Current Residents at Address:**
SUSAN GAYLE DUPUIS
JUSTIN BRADLY HASENFUS

4212 OLD US 421, LILLINGTON, NC 27546-8226, HARNETT COUNTY (Jun 2018 - Nov 2018)
**Current Residents at Address:**
JEAN FERTIG BUTLER
WILHELMINA BALLENTINE BYRD
BRANDON KEWON HOLLEY

**Possible Relative:**
WALTER BRADLEY WATSON JR LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

**Names Associated with Relative:**
WALTER B J WATSON LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

BRAD W WATSON JR LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

BRAD B WATSON LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

BRADLY WATSON JR LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

WALTER B JR WATSON JR LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

B WATSON JR LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

WALTER BRADLEY WATSON JR LexID: 002660338771 DOB: 1980
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

WALTER B JR WATSON LexID: 002660338771 DOB: 1979
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981
WALTER BRADLEY WATSON JR LexID: 002660338771 DOB: 1978
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

WALKER B WAKON LexID: 002660338771 DOB: REDACTED1979
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
**Previous And Non-Verified Address(es):**
PO BOX 324, OAK ISLAND, NC 28465-6853, BRUNSWICK COUNTY (Jan 2019 - Jul 2022)
**Current Residents at Address:**
TAMMY RENEE WATSON
WALTER BRADLEY WATSON JR
WALTER BRADLEY WATSON
584 HEARTHSIDE DR SE, BOLIVIA, NC 28422-8308, 019 COUNTY (May 2022)
**Current Residents at Address:**
TAMMY RENEE WATSON
WALTER BRADLEY WATSON JR

2205 W OAK ISLAND DR, OAK ISLAND, NC 28465-7418, BRUNSWICK COUNTY (Oct 2018 - Jul 2022)
**Current Residents at Address:**
BRIAN ERIC BENNETT
PATRICK JERRY GARMYN
KELLY ANN LANCASTER
WALTER BRADLEY WATSON JR

PO BOX 1352, SANFORD, NC 27331-1352, LEE COUNTY (Sep 2014 - Oct 2021)

3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (Sep 2014 - Mar 2019)
**Current Residents at Address:**
TAMMY OQUINN

3265 ARGYLL DR, SANFORD, NC 27332-7401, LEE COUNTY (Aug 2012 - Aug 2015)
**Current Residents at Address:**
CHERYL DIANE CARR
MICHELLE LEE HERTZ
JASON KENNETH STRAUCH

703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY (Nov 2004 - May 2015)
**Current Residents at Address:**
SUSAN GAYLE DUPUIS
JUSTIN BRADLY HASENFUS

1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Dec 2004 - May 2014)
**Current Residents at Address:**
JUDY GARLAND ADCOCK
LOUIS DURAN
JUSTIN BLAKE MARTIN
**Current phones listed at this address:**
910-893-5368 - EDT ADCOCK JUDY G

910-893-1125

PO BOX, MAX MEADOWS, VA 24360-0108, WYTHE COUNTY (Oct 2008)
1205 COLD SPRINGS LN, GALAX, VA 24333-3767, GRAYSON COUNTY (Jul 1998 - Dec 2010)
**Current Residents at Address:**
RONNIE GENE HODGE
LORETTA EVANS WATSON
JUSTIN ANDREW ROTEN
540-238-1534

WALTER BRADLEY WATSON LexID: 002660826381 DOB: REDACTED 1944
REDACTED xxxx issued in Virginia between 1/1/1961 and 12/31/1962

**Names Associated with Relative:**
BRAD W WATSON LexID: 002660826381 DOB: REDACTED 1944
REDACTED xxxx issued in Virginia between 1/1/1961 and 12/31/1962

WALTER BRADLEY WATSON LexID: 002660826381 DOB: 1945
REDACTED xxxx issued in Virginia between 1/1/1961 and 12/31/1962

WALTER WATSON LexID: 002660826381 DOB: REDACTED 1944
REDACTED xxxx issued in Virginia between 1/3/2003 and 11/3/2003
**Active Address(es):**
PO BOX 324, OAK ISLAND, NC 28465-6853, BRUNSWICK COUNTY (Jun 2020 - Aug 2022)
**Current Residents at Address:**
TAMMY RENEE WATSON
WALTER BRADLEY WATSON JR
WALTER BRADLEY WATSON
**Previous And Non-Verified Address(es):**
70 FIELDS RD, PINEHURST, NC 28374-8645, 125 COUNTY (May 2022)
**Current Residents at Address:**
THOMAS L BAILEY JR
MARY CURLEE FIELDS
SUSAN JANE SCHMIDT
WALTER BRADLEY WATSON
3007 BIRD DR, SHALLOTTE, NC 28470-5705, BRUNSWICK COUNTY ( 2019 - Jul 2022)
**Current Residents at Address:**
DIANA F RICHARDSON
WALTER BRADLEY WATSON
3805 JEFFERSON DAVIS HWY, SANFORD, NC 27332-7832, LEE COUNTY (Feb 2005 - Apr 2020)
**Current Residents at Address:**
GRACE CULLEY WATTS
DANIEL SCOTT WILLIAMS

STOREY SIOBHAN WILLIAMS
JAMES DAVID HUFFMAN
KATHIE RUSSELL
RICKY HOFFMAN
DOROTHY HOFFMAN
RICKEY HUFFMAN

3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (Jun 2015 - Feb 2018)
**Current Residents at Address:**
TAMMY OQUINN

4469 NC 87 S, SANFORD, NC 27332-0211, LEE COUNTY (May 2016 - Jun 2017)
**Current Residents at Address:**
JOHN R BLEVINS JR
BRIDGET MARIE MCELORY
PHYLLIS MOORE
MARSHALL WILLIAM DAVIS
JASON PATRICK MCELROY JR

4469 HWY 87 S, SANFORD, NC 27332, LEE COUNTY (Dec 2016)
**Current Residents at Address:**
BRITTNEY NICOLE MOORE

4469 HWY 87S, SANFORD, NC 27332, LEE COUNTY (Aug 2016 - Nov 2016)
962 E STUART DR B, GALAX, VA 24333-2422, GALAX COUNTY (Dec 2000 - Apr 2017)
PO BOX 1352, SANFORD, NC 27331-1352, LEE COUNTY (Apr 2018)

**Possible Relative:**
WALTER B WATSON LexID: 149216986229
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
**Names Associated with Relative:**
BRAD W WATSON LexID: 149216986229 DOB: REDACTED1974
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981
WALTER BRADLEY WATSON LexID: 149216986229 DOB: REDACTED1974
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981
BRADLY WATSON JR LexID: 149216986229 DOB: REDACTED1974
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981
**Active Address(es):**
2205 W OAK ISLAND DR, OAK ISLAND, NC 28465-7418, BRUNSWICK COUNTY (Oct 2018 - Sep 2021)
**Current Residents at Address:**
BRIAN ERIC BENNETT
PATRICK JERRY GARMYN
KELLY ANN LANCASTER
WALTER BRADLEY WATSON JR
**Previous And Non-Verified Address(es):**
1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Dec 2004 - Mar 2013)
**Current Residents at Address:**
JUDY GARLAND ADCOCK
LOUIS DURAN
JUSTIN BLAKE MARTIN
910-893-5368 - EDT ADCOCK JUDY G

1205 COLD SPRINGS LN, GALAX, VA 24333-3767, GRAYSON COUNTY (Jul 1998 - Jan 2013)
**Current Residents at Address:**
RONNIE GENE HODGE
LORETTA EVANS WATSON
JUSTIN ANDREW ROTEN

703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY (Apr 2006 - Aug 2010)
**Current Residents at Address:**
SUSAN GAYLE DUPUIS
JUSTIN BRADLY HASENFUS

MAX MEADOWS VA, MAX MEADOWS, VA 24360, WYTHE COUNTY (Mar 2005)
PO BOX 108, MAX MEADOWS, VA 24360-0108, WYTHE COUNTY (Jan 2003 - Jan 2005)
**Current Residents at Address:**
DONALD IRVIN HAYES
JOHN THOMAS WATSON

4557 VASS CARTHAGE RD, CARTHAGE, NC 28327-7023, MOORE COUNTY (Feb 2004 - Jun 2004)
**Current Residents at Address:**
NANCY E FREELAND
TANNER LYLE FREELAND

2161 AUSTINVILLE RD, AUSTINVILLE, VA 24312-3115, WYTHE COUNTY (Mar 2001 - Feb 2002)
RR 1 BOX 257, GALAX, VA 24333, GALAX COUNTY (Feb 1998 - Apr 1998)
PO BOX 1205, GALAX, VA 24333-1205, GALAX COUNTY (Apr 1999)

DIANA F RICHARDSON LexID: 001162822074 DOB: REDACTED1956
REDACTEDxxxx issued in West Virginia between 1/1/1970 and 12/31/1971
**Names Associated with Relative:**

DIANA F HOOPS LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
DIANA ANDJOHN RICHARDSON LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
DIANE F HOOPS LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
DIANA FERN RICHARDSON LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
DIANE FERN RICHARDSON LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
DANNA F RICHARDSON LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
FERN DIANE HOOPS LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
F RICHARDSON DIANA LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
D RICHARDSON LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
DIANNA F RICHARDSON LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
DIANA RICHARSON LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
DIANE HOOPS LexID: 001162822074 DOB: 1956
[redacted]xxxx issued in Virginia between 1/1/1972 and 12/31/1973
SSN belongs to a person reported as deceased.
FERN D HOOPS LexID: 001162822074 DOB: 1956
[redacted]xxxx issued in Virginia between 1/1/1972 and 12/31/1973
SSN belongs to a person reported as deceased.
DIANA FERN RICHARDSON LexID: 001162822074 DOB: [redacted]1956
[redacted]xxxx issued in Virginia between 1/1/1972 and 12/31/1973
SSN belongs to a person reported as deceased.
DIANA FERN RICHARDSON LexID: 001162822074 DOB: 1957
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971
DIANE F RICHARDSON LexID: 001162822074 DOB: [redacted]/1956
[redacted]xxxx issued in West Virginia between 1/1/1970 and 12/31/1971

**Active Address(es):**

✓ 3007 BIRD DR, SHALLOTTE, NC 28470-5705, BRUNSWICK COUNTY (Jun 2020 - Aug 2022)
**Current Residents at Address:**
DIANA F RICHARDSON
WALTER BRADLEY WATSON

**Previous And Non-Verified Address(es):**

3805 JEFFERSON DAVIS HWY, SANFORD, NC 27332-7832, LEE COUNTY (Dec 2016 - Mar 2022)
**Current Residents at Address:**
GRACE CULLEY WATTS
DANIEL SCOTT WILLIAMS
STOREY SIOBHAN WILLIAMS
JAMES DAVID HUFFMAN
KATHIE RUSSELL
RICKY HOFFMAN
DOROTHY HOFFMAN
RICKEY HUFFMAN
143 WILKINS LN, WYTHEVILLE, VA 24382-5512, WYTHE COUNTY (Jun 2000 - Aug 2019)
**Current Residents at Address:**
JOHN PRATER RICHARDSON
ZACHARY R KING
KRYSTA SHEA KING
4469 HWY 87S, SANFORD, NC 27332, LEE COUNTY (Sep 2016 - Feb 2017)
3009 YELLOW BIRD, SANFORD, NC 27332-8357, LEE COUNTY (Nov 2015 - Jun 2016)
**Current Residents at Address:**
HAROLD EDWARD CRAWFORD
DIANA F WATSON
140 WILKINS LN, WYTHEVILLE, VA 24382, WYTHE COUNTY (May 2013 - May 2014)
152 CODY LN, WYTHEVILLE, VA 24382-5440, WYTHE COUNTY (Mar 2003 - Oct 2005)
**Current Residents at Address:**
CALEB MICAH WHITE
KAYLA FAY WHITE
RR 3 BOX 614, WYTHEVILLE, VA 24382, WYTHE COUNTY (Feb 1995 - Jun 2001)
PO BOX 390, MAX MEADOWS, VA 24360-0390, WYTHE COUNTY (Jan 2001)
4469 NC 87 S, SANFORD, NC 27332-0211, LEE COUNTY (Sep 2016)
**Current Residents at Address:**
JOHN R BLEVINS JR
BRIDGET MARIE MCELORY
PHYLLIS MOORE
MARSHALL WILLIAM DAVIS
JASON PATRICK MCELROY JR

ANGELA DAWN MULLINS LexID: 002659779709 DOB: REDACTED 1976
REDACTEDxxxx issued in North Carolina between 1/1/1979 and 12/31/1980

**Names Associated with Relative:**
ANGELA DAWN WATSON LexID: 002659779709 DOB: REDACTED 1976
REDACTEDxxxx issued in North Carolina between 1/1/1979 and 12/31/1980

ANGELA B WATSON LexID: 002659779709 DOB: REDACTED 1976
REDACTEDxxxx issued in North Carolina between 1/1/1979 and 12/31/1980

A MULLINS LexID: 002659779709 DOB: REDACTED 1976
REDACTEDxxxx issued in North Carolina between 1/1/1979 and 12/31/1980

ANGIE WATSON LexID: 002659779709 DOB: REDACTED 1976
REDACTEDxxxx issued in North Carolina between 1/1/1979 and 12/31/1980

**Previous And Non-Verified Address(es):**
PO BOX 382, MAX MEADOWS, VA 24360-0382, WYTHE COUNTY (Sep 2017 - Jul 2022)
**Current Residents at Address:**
EDITH FRANCES BUCARY
ANGELA DAWN MULLINS
PO BOX 690, MAX MEADOWS, VA 24360-0690, WYTHE COUNTY (Apr 2016 - Sep 2017)
PO BOX 108, MAX MEADOWS, VA 24360-0108, WYTHE COUNTY (Apr 2010 - Jan 2021)
**Current Residents at Address:**
DONALD IRVIN HAYES
JOHN THOMAS WATSON
5034 WHETSTONE RD, NORTH CHESTERFIELD, VA 23234-4320, CHESTERFIELD COUNTY (Dec 2001 - Oct 2018)
804-743-1325 - EDT MULLINS A

5034 WHETSTONE RD, RICHMOND, VA 23234-4320, CHESTERFIELD COUNTY (Oct 2002)
804-743-1325 - EDT MULLINS A

531 SMITH RD, MAX MEADOWS, VA 24360, WYTHE COUNTY (May 2010 - Apr 2016)
**Current Residents at Address:**
CHERYL L WATSON
2161 AUSTINVILLE RD, AUSTINVILLE, VA 24312-3115, WYTHE COUNTY (Jan 2001 - May 2007)
257C 6 RT 1, GALAX, VA 24333, GALAX COUNTY (Jul 1998 - Apr 2007)
1879 COLD SPRINGS LN, GALAX, VA 24333-3765, GRAYSON COUNTY (Apr 2000 - Aug 2004)
**Current Residents at Address:**
ROBERT NELSON ANDREWS
RUTH S ANDREWS
LATHA C SMITH
STEVEN M HAWKS
TAMMY S HAWKS
276-236-6558 - EDT ANDREWS JR

1205 COLD SPRINGS LN, GALAX, VA 24333-3767, GRAYSON COUNTY (Oct 1998 - Jan 2011)
**Current Residents at Address:**
RONNIE GENE HODGE
LORETTA EVANS WATSON
JUSTIN ANDREW ROTEN

PRESTON JACOB MARTIN LexID: 193327855907 DOB: REDACTED 1997
REDACTEDxxxx issued in North Carolina between 7/2/1997 and 5/1/1998
**Active Address(es):**
5845 OLD US 421, LILLINGTON, NC 27546-8238, HARNETT COUNTY (Jul 2020 - Aug 2022)
**Current Residents at Address:**
ANTHONY JOSEPH DESORBO
PRESTON JACOB MARTIN
TATUMN GRACE SMITH
**Previous And Non-Verified Address(es):**
1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (Oct 2016 - Nov 2020)
**Current Residents at Address:**
MICHELE C FAIRCLOTH
RICHARD ROLAND MARTIN
CHARLIE LEE FAIRCLOTH
919-258-3974 - EDT FAIRCLOTH MICHELE C

316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (Jun 2014 - Oct 2018)
**Current Residents at Address:**

THOMAS GLENN BEASLEY SR
CARMEN REBECCA RONDA
GREGORY JONATHAN MCCORMICK SR
13074 NC 27 W, BROADWAY, NC 27505-9132, HARNETT COUNTY (Jan 2016 - Oct 2016)
**Current Residents at Address:**
SHANA HINSON
TAYLOR LEE HINSON

703 ADCOCK RD, LILLINGTON, NC 27546-9233, HARNETT COUNTY (Apr 2013)
**Current Residents at Address:**
SUSAN GAYLE DUPUIS
JUSTIN BRADLY HASENFUS

3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (Mar 2016)
**Current Residents at Address:**
TAMMY OQUINN
401 SWANNS STATION RD, SANFORD, NC 27332-9729, LEE COUNTY (Jun 2020 - Apr 2021)
**Current Residents at Address:**
CHRISTOPHER ALLEN MICROS
BROOKE CHRISTINA BELL
AUTUMN MACKENZIE BELL
AARON BLAKE DANDRON
4845 OLD US 421, LILLINGTON, NC 27546-8233, HARNETT COUNTY (Jul 2020)
4212 OLD US 421, LILLINGTON, NC 27546-8226, HARNETT COUNTY (Jul 2018 - Jun 2020)
**Current Residents at Address:**
JEAN FERTIG BUTLER
WILHELMINA BALLENTINE BYRD
BRANDON KEWON HOLLEY

**Possible Relative:**
TATUMN GRACE SMITH LexID: 193328152388 DOB: REDACTED1998
REDACTEDxxxx issued in North Carolina between 11/3/1998 and 9/1/1999
**Names Associated with Relative:**
TATUMN SMITH MARTIN LexID: 193328152388 DOB: REDACTED1998
REDACTEDxxxx issued in North Carolina between 11/3/1998 and 9/1/1999
**Active Address(es):**
5845 OLD US 421, LILLINGTON, NC 27546-8238, HARNETT COUNTY (Jun 2020 - Aug 2022)
**Current Residents at Address:**
ANTHONY JOSEPH DESORBO
PRESTON JACOB MARTIN
TATUMN GRACE SMITH
**Previous And Non-Verified Address(es):**
401 SWANNS STATION RD, SANFORD, NC 27332-9729, LEE COUNTY (Jun 2019 - Dec 2021)
**Current Residents at Address:**
CHRISTOPHER ALLEN MICROS
BROOKE CHRISTINA BELL
AUTUMN MACKENZIE BELL
AARON BLAKE DANDRON
110 HILLSBORO DR, NEW BERN, NC 28562-3328, CRAVEN COUNTY (Jul 2018 - Jun 2019)
**Current Residents at Address:**
KATHRYN RAPER BRIGGS
TRACEY E SMITH
RICHARD FOSTER SHEPARD
CHAD PACE SMITH
**Current phones listed at this address:**
252-637-3772 - EDT SHEPARD RICHARD F

919-499-0118 - EDT SHEPARD RICHARD F

4212 OLD US 421, LILLINGTON, NC 27546-8226, HARNETT COUNTY (Jun 2017 - Oct 2019)
**Current Residents at Address:**
JEAN FERTIG BUTLER
WILHELMINA BALLENTINE BYRD
BRANDON KEWON HOLLEY

1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (Apr 2018 - Nov 2020)
**Current Residents at Address:**
MICHELE C FAIRCLOTH
RICHARD ROLAND MARTIN
CHARLIE LEE FAIRCLOTH
919-258-3974 - EDT FAIRCLOTH MICHELE C

107 CLEARBROOK WAY, NEW BERN, NC 28562-9589, CRAVEN COUNTY
**Current Residents at Address:**
TRACEY E SMITH

ELLEN M HOGAN
COLLEEN A WEAR
CHRISTOPHER LEA WEAR
CECILIA ANNE WRIGHT
81 SWORD LOOP, BROADWAY, NC 27505-8134, HARNETT COUNTY (Dec 2013 - Dec 2018)
**Current Residents at Address:**
KAREN ETHEL SMITH
ROBERT J SMITH
4845 OLD US 421, LILLINGTON, NC 27546-8233, HARNETT COUNTY (Jul 2020)

CHERYL L WATSON LexID: 000056568669 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
**Names Associated with Relative:**
CHERYL LYNN WATSON LexID: 000056568669 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
SHERYL L WATSON LexID: 000056568669 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
CHERYL W ANDERS LexID: 000056568669 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
CHERAL WATSN LexID: 000056568669 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
CHERYL L WATSON LexID: 000056568669 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
CHERYL L WATSON LexID: 000056568669 DOB: [redacted]/1969
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
CHERYL LYNN WATSON LexID: 000056568669 DOB: [redacted]1968
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
CHERYL W ANDERS LexID: 000056568669 DOB: [redacted]/1969
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
**Active Address(es):**
✓ 531 SMITH RD, MAX MEADOWS, VA 24360, WYTHE COUNTY (Sep 2002 - Aug 2022)
**Current Residents at Address:**
CHERYL L WATSON
**Previous And Non-Verified Address(es):**
PO BOX 715, MAX MEADOWS, VA 24360-0715, WYTHE COUNTY (Jun 2008 - Jul 2022)
**Current Residents at Address:**
CHERYL L WATSON
WESLEY ALLEN MCGEE
139 PARK STREET 531 SMITH, MAX MEADOWS, VA 24360, WYTHE COUNTY (Dec 2017)
139 PARK ST, MAX MEADOWS, VA 24360, WYTHE COUNTY (Dec 2016 - Dec 2017)
PO BOX 108, MAX MEADOWS, VA 24360-0108, WYTHE COUNTY (May 2005 - Jan 2017)
**Current Residents at Address:**
DONALD IRVIN HAYES
JOHN THOMAS WATSON
2161 AUSTINVILLE RD, AUSTINVILLE, VA 24312-3115, WYTHE COUNTY (Mar 2001 - May 2005)
1205 COLD SPRINGS LN, GALAX, VA 24333-3767, GRAYSON COUNTY (Nov 1989 - Oct 2015)
**Current Residents at Address:**
RONNIE GENE HODGE
LORETTA EVANS WATSON
JUSTIN ANDREW ROTEN
276-236-7734

1229 COLD SPRINGS LN, GALAX, VA 24333-3767, GRAYSON COUNTY (Aug 1998 - Jun 2000)
**Current Residents at Address:**
TAMMY LYNN STEWART
KENNETH J STEWART
RR 1 BOX 257, GALAX, VA 24333, GALAX COUNTY (Jun 1989 - May 2010)
RR 1 BOX 257C6, GALAX, VA 24333, GALAX COUNTY (Jul 1999)

I PRESTON MARTIN LexID: 238499694501 DOB: [redacted]1997
[redacted]xxxx issued in North Carolina between 7/2/1997 and 5/1/1998
**Active Address(es):**
✓ 5845 OLD US 421, LILLINGTON, NC 27546-8238, HARNETT COUNTY (Aug 2020 - Feb 2022)
**Current Residents at Address:**
ANTHONY JOSEPH DESORBO
PRESTON JACOB MARTIN
TATUMN GRACE SMITH
**Previous And Non-Verified Address(es):**
401 SWANNS STATION RD, SANFORD, NC 27332-9729, LEE COUNTY (Jun 2020 - Apr 2021)
**Current Residents at Address:**
CHRISTOPHER ALLEN MICROS
BROOKE CHRISTINA BELL
AUTUMN MACKENZIE BELL
AARON BLAKE DANDRON

4212 OLD US 421, LILLINGTON, NC 27546-8226, HARNETT COUNTY (Jul 2018 - Jun 2020)
**Current Residents at Address:**
JEAN FERTIG BUTLER
WILHELMINA BALLENTINE BYRD
BRANDON KEWON HOLLEY

S 1169 LAWRENCE RD, BROADWAY, NC 27505-9566, HARNETT COUNTY (Nov 2016 - Sep 2019)
**Current Residents at Address:**
MICHELE C FAIRCLOTH
RICHARD ROLAND MARTIN
CHARLIE LEE FAIRCLOTH
919-258-3974 - EDT FAIRCLOTH MICHELE C

13074 NC 27 W, BROADWAY, NC 27505-9132, HARNETT COUNTY (Jan 2016 - Sep 2016)
**Current Residents at Address:**
SHANA HINSON
TAYLOR LEE HINSON

S 316 S MAIN ST, BROADWAY, NC 27505-9707, LEE COUNTY (Jul 2015 - Oct 2016)
**Current Residents at Address:**
THOMAS GLENN BEASLEY SR
CARMEN REBECCA RONDA
GREGORY JONATHAN MCCORMICK SR

S 3215 ARGYLL DR, SANFORD, NC 27332-7446, LEE COUNTY (Mar 2016)
**Current Residents at Address:**
TAMMY OQUINN

D LORETTA EVANS WATSON LexID: 002662155540 DOB: REDACT 1945 DOD: 2/19/2000 Age at Death: 54 (Born 77 years ago) - Proof
REDACTEDxxxx issued in North Carolina between 1/1/1962 and 12/31/1962
SSN belongs to a person reported as deceased.
**Names Associated with Relative:**
D LORETTA SUE WATSON LexID: 002662155540 DOB: REDACT 1945 DOD: 2/19/2000 Age at Death: 54 (Born 77 years ago) - Proof
REDACTEDxxxx issued in North Carolina between 1/1/1962 and 12/31/1962
SSN belongs to a person reported as deceased.
**Active Address(es):**
✔ 1205 COLD SPRINGS LN, GALAX, VA 24333-3767, GRAYSON COUNTY (Mar 1998 - Aug 2022)
**Current Residents at Address:**
RONNIE GENE HODGE
LORETTA EVANS WATSON
JUSTIN ANDREW ROTEN
**Previous And Non-Verified Address(es):**
RR 1 BOX 257, GALAX, VA 24333, GALAX COUNTY (May 1995 - Oct 2002)
2161 AUSTINVILLE RD, AUSTINVILLE, VA 24312-3115, WYTHE COUNTY (Jan 2002 - Mar 2002)
RR 1 BOX 257C6, GALAX, VA 24333, GALAX COUNTY (Jan 1989 - Jan 1999)
RR 1 BOX 220, GALAX, VA 24333, GALAX COUNTY (May 1989 - Jan 1995)
B 220 R 1, GALAX, VA 24333, GALAX COUNTY (Dec 1991 - Dec 1992)
RR 1 BOX 180, PINEY CREEK, NC 28663, ALLEGHANY COUNTY (Feb 1987)
RR 1 BOX 12, PINEY CREEK, NC 28663-9801, ALLEGHANY COUNTY (Jan 1983 - Dec 1992)
257C 6, GALAX, VA 24333, GALAX COUNTY

D DIANE BOSSE MARTIN LexID: 001613002958 DOB: REDACTED 1951 DOD: 6/29/2019 Age at Death: 68 (Born 71 years ago) - Proof
REDACTEDxxxx issued in Connecticut between 1/1/1967 and 12/31/1968
SSN belongs to a person reported as deceased.
**Names Associated with Relative:**
D DIANIA M MARTIN LexID: 001613002958 DOB: REDACTED 1951 DOD: 6/29/2019 Age at Death: 68 (Born 71 years ago) - Proof
REDACTEDxxxx issued in Connecticut between 1/1/1967 and 12/31/1968
SSN belongs to a person reported as deceased.
D DIANIA B MARTIN LexID: 001613002958 DOB: REDACTED 1951 DOD: 6/29/2019 Age at Death: 68 (Born 71 years ago) - Proof
REDACTEDxxxx issued in Connecticut between 1/1/1967 and 12/31/1968
SSN belongs to a person reported as deceased.
D DIANE M MARTIN LexID: 001613002958 DOB: REDACTED 1951 DOD: 6/29/2019 Age at Death: 68 (Born 71 years ago) - Proof
REDACTEDxxxx issued in Connecticut between 1/1/1967 and 12/31/1968
SSN belongs to a person reported as deceased.
D DIANE D MARTIN LexID: 001613002958 DOB: REDACTED 1951 DOD: 6/29/2019 Age at Death: 68 (Born 71 years ago) - Proof
REDACTEDxxxx issued in Connecticut between 1/1/1967 and 12/31/1968

SSN belongs to a person reported as deceased.

B MARTIN DIANE LexID: 001613002958 DOB: REDACTED1951 DOD: 6/29/2019 Age at Death: 68 (Born 71 years ago) - Proof

REDACTEDxxxx issued in Connecticut between 1/1/1967 and 12/31/1968

SSN belongs to a person reported as deceased.

DIA M MARTIN LexID: 001613002958 DOB: REDACTED1951 DOD: 6/29/2019 Age at Death: 68 (Born 71 years ago) - Proof

REDACTEDxxxx issued in Connecticut between 1/1/1967 and 12/31/1968

SSN belongs to a person reported as deceased.

DIANE P MARTIN LexID: 001613002958 DOB: REDACTED1951 DOD: 6/29/2019 Age at Death: 68 (Born 71 years ago) - Proof

REDACTEDxxxx issued in Connecticut between 1/1/1967 and 12/31/1968

SSN belongs to a person reported as deceased.

DIANNE MARTIN LexID: 001613002958 DOB: REDACTED1951 DOD: 6/29/2019 Age at Death: 68 (Born 71 years ago) - Proof

REDACTEDxxxx issued in Connecticut between 1/1/1967 and 12/31/1968

SSN belongs to a person reported as deceased.

**Active Address(es):**

208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY (Feb 1999 - Aug 2022)

**Current Residents at Address:**

DIANE BOSSE MARTIN
ROLAND RICHARD MARTIN

**Current phones listed at this address:**

919-776-9633 - EDT GUNTER LISA

919-718-9304

**Previous And Non-Verified Address(es):**

736 COX MADDOX RD, SANFORD, NC 27332-8044, LEE COUNTY (Nov 1986 - Dec 2005)

**Current Residents at Address:**

TOBY DEAN GUNTER
LEWIS ALAN MASHBURN JR
SHELBY MASHBURN

8515 HAWK ROAD 208, SANFORD, NC 27330, LEE COUNTY (Feb 2000)

8515 HAWK RD, SANFORD, NC 27330, LEE COUNTY (Dec 1992 - Apr 1999)

919-776-4687

THORNWOOD VLG LOT 5, SANFORD, NC 27330, LEE COUNTY (Mar 1991 - May 1992)

5 THORNWOOD DR, SANFORD, NC 27330-7746, LEE COUNTY (Nov 1986 - Jan 1997)

**Current Residents at Address:**

JANICE JOY YAKANAFIELDS
CODY WILLIAM FIELDS
919-774-9693

5 THORNWOOD VILLAGE LOT, SANFORD, NC 27330, LEE COUNTY (Dec 1991)

MICHELLE MICHELLE MARTIN LexID: 001615402191 DOB: REDACTED1969

REDACTEDxxxx issued in North Carolina between 1/1/1981 and 12/31/1982

**Names Associated with Relative:**

MARY M MARTIN LexID: 001615402191 DOB: REDACTED1969

REDACTEDxxxx issued in North Carolina between 1/1/1981 and 12/31/1982

MARY MICHELLE MARTIN LexID: 001615402191 DOB: REDACTED1969

REDACTEDxxxx issued in North Carolina between 1/1/1981 and 12/31/1982

MARY MICHELLE MARTIN LexID: 001615402191 DOB: 1970

REDACTEDxxxx issued in North Carolina between 1/1/1981 and 12/31/1982

MARY MICHELLE MARTIN LexID: 001615402191 DOB: 1968

REDACTEDxxxx issued in North Carolina between 1/1/1981 and 12/31/1982

MARY MARTIN LexID: 001615402191 DOB: REDACTED1969

REDACTEDxxxx issued in North Carolina between 1/1/1981 and 12/31/1982

MARY M MARTIN LexID: 001615402191 DOB: REDACTED1969

REDACTEDxxxx issued in North Carolina between 1/1/1936 and 12/31/1951

SSN belongs to a person reported as deceased.

**Active Address(es):**

2608 PATTON ST, SANFORD, NC 27332-6128, LEE COUNTY (Jan 2012 - Aug 2022)

**Current Residents at Address:**

MICHELLE MICHELLE MARTIN

**Previous And Non-Verified Address(es):**

411 CRESTVIEW ST, SANFORD, NC 27330-4148, LEE COUNTY (May 2017)

**Current Residents at Address:**

TANNY D MARTIN

PRECIOUS CHARNELLE CAGLE
919-774-3823 - EDT MARTIN EMANUEL C

PO BOX 3145, SANFORD, NC 27331-3145, LEE COUNTY (Dec 1998 - Nov 2020)
**Current Residents at Address:**
WILLIMENIA B BLUE
WILLIAM EVON SNIPES JR
4909 S POINTE, SANFORD, NC 27332-8491, LEE COUNTY (Sep 1987 - Apr 2016)
121 LIGHTWOOD LN, SANFORD, NC 27330-9130, LEE COUNTY (May 2006 - May 2011)
**Current Residents at Address:**
PATRICIA D CHAMPION
LESTER VALMO GILL SR
MARIAH LYNETTE KINDRED
919-353-2831

517 CANNON CIR, SANFORD, NC 27330-4631, LEE COUNTY (Feb 2000 - Apr 2008)
**Current Residents at Address:**
ROBERTO VISSEPOSANTOS
MARIA FERNANDA JIMENEZ
3408 CEMETERY RD, SANFORD, NC 27332-6803, LEE COUNTY (Nov 2010 - Nov 2012)
**Current Residents at Address:**
JOHN RAYMO SHAW
304 WHEEL HOLLOW TRL, SANFORD, NC 27330-3444, LEE COUNTY (Feb 2008 - May 2011)
**Current Residents at Address:**
SABRINA RENEE ALSTON
ROGER DEAN WINANS
106 MILTON AVE APT B, BROADWAY, NC 27505-9501, LEE COUNTY (Jan 2006 - Sep 2010)
106B MILTON AVE, BROADWAY, NC 27505-9501, LEE COUNTY (Nov 2009)
**Current Residents at Address:**
CAROLYN CAGLE
TABITHA MAE DOVE

**Possible Relative:**
JAMES R HOLT SR LexID: 001158564244 DOB: REDACTED1961
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
**Names Associated with Relative:**
JAMES N HOLT SR LexID: 001158564244 DOB: REDACTED1961
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
JAMES R HOLT SR LexID: 001158564244 DOB: REDACTED1961
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
JAMES ROBERT HOLT LexID: 001158564244 DOB: REDACTED1961
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
RALPH HOLT SR LexID: 001158564244 DOB: REDACTED1961
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
JAAMES R HOLT LexID: 001158564244 DOB: REDACTED1961
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
JAMES R HOLT LexID: 001158564244 DOB: 1960
REDACTEDxxxx issued in North Carolina between 1/1/1936 and 12/31/1951
SSN belongs to a person reported as deceased.
JAMES ROBERT HOLT LexID: 001158564244 DOB: 1962
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
JAMES ROBERT HOLT LexID: 001158564244 DOB: 1959
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
JAMES ROBERT HOLT LexID: 001158564244 DOB: 1960
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
**Active Address(es):**
✔ 5322 TIMBER RIDGE DR, SANFORD, NC 27332-6734, LEE COUNTY (Sep 2018 - Aug 2022)
**Current Residents at Address:**
JAMES R HOLT SR
**Previous And Non-Verified Address(es):**
411 CRESTVIEW ST, SANFORD, NC 27330-4148, LEE COUNTY (Nov 2009 - Apr 2022)
**Current Residents at Address:**
TANNY D MARTIN
PRECIOUS CHARNELLE CAGLE
**Current phones listed at this address:**
919-774-3823 - EDT MARTIN EMANUEL C

919-352-1412

411 CREST VW, ASHEBORO, NC 27203, RANDOLPH COUNTY (Oct 2017)
24 LORA ANN LN, SANFORD, NC 27332-9600, LEE COUNTY (Nov 2007 - Aug 2013)
15 STEDMAN LN, LILLINGTON, NC 27546-6903, HARNETT COUNTY (Dec 2007 - Jan 2013)
**Current Residents at Address:**

BETTY JEAN ANDERSON
REGINALD LEE ANDERSON
DAVID EMANUEL ELLIOTT
CODY JACKSON
222 DALRYMPLE ST, SANFORD, NC 27330, LEE COUNTY (Jul 2010 - Nov 2011)
304 OAKWOOD AVE, SANFORD, NC 27330-4944, LEE COUNTY (Apr 2006 - Oct 2011)
**Current Residents at Address:**
DONNA RENEE DEAL
919-478-3901

710 WALL ST APT 710, SANFORD, NC 27330-4262, LEE COUNTY (Aug 2002 - Dec 2016)
2519 WATSON AVE, SANFORD, NC 27332-6143, LEE COUNTY (Sep 2005 - Nov 2016)
**Current Residents at Address:**
TAMARA E FOXX
JUAN A MONTOYABATRES
IRMA A MONTOYA
STEPHANIE CAMPBELL
BRAYAN D FUENTES
MILTON FUENTES
2608 PATTON ST, SANFORD, NC 27332-6128, LEE COUNTY (Jul 2017 - Sep 2017)
**Current Residents at Address:**
MICHELLE MICHELLE MARTIN

EMANUEL C MARTIN LexID: 001614627850 DOB: REDACTED1967
REDACTEDxxxx issued in North Carolina between 1/1/1975 and 12/31/1976
**Names Associated with Relative:**
EMANUAL C MARTIN LexID: 001614627850 DOB: REDACTED1957
REDACTEDxxxx issued in North Carolina between 1/1/1975 and 12/31/1976
EMANUAL C MARTIN LexID: 001614627850 DOB: REDACTED1967
REDACTEDxxxx issued in North Carolina between 1/1/1975 and 12/31/1976
EMANUEL MARTIN LexID: 001614627850 DOB: REDACTED1957
REDACTEDxxxx issued in North Carolina between 1/1/1975 and 12/31/1976
EMMANUAL C MARTIN LexID: 001614627850 DOB: REDACTED1957
REDACTEDxxxx issued in North Carolina between 1/1/1975 and 12/31/1976
EMMANUAL C MARTIN LexID: 001614627850 DOB: REDACTED1967
REDACTEDxxxx issued in North Carolina between 1/1/1975 and 12/31/1976
EMANUAL C MARTIN LexID: 001614627850 DOB: REDACTED1967
EMANUEL MARTIN LexID: 001614627850 DOB: RE/1967
REDACTEDxxxx issued in North Carolina between 1/1/1975 and 12/31/1976
**Active Address(es):**
✓ 328 PRICE ST, SANFORD, NC 27330-4132, LEE COUNTY (Jul 2011 - May 2013)
**Current Residents at Address:**
YUSHEVIA RENEE BREWINGTON
LINDA LEE FOX
JASMINE DANIELLE GRIFFIN
BRITTANICA L FEASTER
**Previous And Non-Verified Address(es):**
981 BLACK RD, CAMERON, NC 28326-6845, LEE COUNTY (May 2000 - Jul 2022)
**Current Residents at Address:**
DEBORAH ANN BUTLER
EMANUEL C MARTIN
EMANUEL C MARTIN
411 CRESTVIEW ST, SANFORD, NC 27330-4148, LEE COUNTY (Dec 2010 - Aug 2011)
**Current Residents at Address:**
TANNY D MARTIN
PRECIOUS CHARNELLE CAGLE
919-774-3823 - EDT MARTIN EMANUEL C

1510 BOONE TRAIL RD, SANFORD, NC 27330-9200, LEE COUNTY (Oct 1985 - Jan 1999)
2223B DALRYMPLE ST, SANFORD, NC 27330-5860, LEE COUNTY (Dec 1995)
2223 DALRYMPLE ST A, SANFORD, NC 27330-5860, LEE COUNTY (Oct 1995)
1006 TURNER DR, SANFORD, NC 27330, LEE COUNTY (Nov 1993)
1004 S VANCE ST, SANFORD, NC 27330-5030, LEE COUNTY (Nov 2014)
**Current Residents at Address:**
KAREN SHERISE SANDERS
JAMES LEVERNE WOODARD JR
JAMES DELTON MCKENDELL
PO BOX 873, SANFORD, NC 27331-0873, LEE COUNTY (May 1999 - Nov 2013)
**Current Residents at Address:**
BRANDON KEITH BLUE
2307 BUCHANAN ST, SANFORD, NC 27330-5805, LEE COUNTY (Apr 1999 - Jun 2000)

TANNY D MARTIN LexID: 001614276888 DOB: REDACTED1958
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977

**Names Associated with Relative:**

TAMMY D MARTIN LexID: 001614276888 DOB: REDACTED 1958
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
TANNY DIANE MARTIN LexID: 001614276888 DOB: REDACTED 1958
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
MARTIN D TANNY LexID: 001614276888 DOB: REDACTED 1958
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
TAMMY D MARTIN LexID: 001614276888 DOB: REDACTED 1959
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
TANNY D MARTIN LexID: 001614276888 DOB: REDACTED 1959
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
TANNY MARTIN LexID: 001614276888 DOB: REDACTED 1958
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
TANNY DIANE MARTIN LexID: 001614276888 DOB: REDACTED 1959
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
DIANA MARTIN LexID: 001614276888 DOB: REDACTED 1958
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
DIANE MARTIN TANNY LexID: 001614276888 DOB: REDACTED 1958
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
DIANE MARTIN TANNY LexID: 001614276888 DOB: REDACTED 1959
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
MARTIN TANNY DIANE LexID: 001614276888 DOB: REDACTED 1958
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
DIANE MARTIN LexID: 001614276888 DOB: REDACTED 1958
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
DIANE MARTIN TANNY LexID: 001614276888 DOB: 1960
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
TANNY MARTIN LexID: 001614276888 DOB: REDACTED 1959
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
TANNY DIANE MARTIN LexID: 001614276888 DOB: 1957
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977
TANNY DIANE MARTIN LexID: 001614276888 DOB: 1960
REDACTEDxxxx issued in North Carolina between 1/1/1976 and 12/31/1977

**Active Address(es):**

411 CRESTVIEW ST, SANFORD, NC 27330-4148, LEE COUNTY (Mar 1998 - Aug 2022)
**Current Residents at Address:**
TANNY D MARTIN
PRECIOUS CHARNELLE CAGLE
919-774-3823 - EDT MARTIN EMANUEL C

**Previous And Non-Verified Address(es):**

PO BOX 3145, SANFORD, NC 27331-3145, LEE COUNTY (Mar 2006 - Nov 2007)
**Current Residents at Address:**
WILLIMENIA B BLUE
WILLIAM EVON SNIPES JR

2307 BUCHANAN ST, SANFORD, NC 27330-5805, LEE COUNTY (Jun 1984 - Jul 2022)
919-774-3823

813 BLACK RD, CAMERON, NC 28326-6847, LEE COUNTY (Jun 2000 - Jul 2022)
**Current Residents at Address:**
DENNIS MACHAEL MARTIN SR
TANNY D MARTIN
SHARON D MARTIN
919-498-9352

500 DUDLEY AVE APT, SANFORD, NC 27330-4706, LEE COUNTY (May 2000 - Jul 2004)
74 LORI LN, CAMERON, NC 28326, HARNETT COUNTY (Nov 1999 - Feb 2003)
3501 RENEE DR, SANFORD, NC 27332-8053, LEE COUNTY (Dec 1999 - Aug 2002)
**Current Residents at Address:**
CAROL DUNLAP PETTY
FRED THOMAS DUNLAP SR
SHARON DUNLAP MARTIN
MARY LEE DUNLAP
PATRICE ANN MARTIN
MARTHA JANE NICHOLSON
JANET D WILLIAMS
DANIEL KIMENI TAQUAN DUNLAP

## Neighbors:

**Neighborhood:**

1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (May 2013 - Aug 2022)

**Residents:**

JUDY GARLAND ADCOCK DOB: REDACTED1949
REDACTEDxxxx issued in North Carolina between 1/1/1966 and 12/31/1966
LOUIS DURAN DOB: REDACTE1951
REDACTEDxxxx issued in Colorado between 1/1/1966 and 12/31/1966

JUSTIN BLAKE MARTIN DOB: REDACTED1993
REDACTED5694 issued in North Carolina between 1/4/1994 and 10/31/1994
910-893-5368 - EDT ADCOCK JUDY G

**Address(es):**

1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Dec 2021 - Jun 2022)
JUSTIN BLAKE MARTIN LexID: 160866233491 DOB: REDACTED1993
REDACTED5694 issued in North Carolina between 1/4/1994 and 10/31/1994

963 GRAMETA LN, LILLINGTON, NC 27546-9232, HARNETT COUNTY (Nov 2020 - Aug 2022)

**Residents:**

KATHERINE R COOLEY LexID: 000485828236 DOB: REDACTED1969
REDACTEDxxxx issued in North Carolina between 1/1/1986 and 12/31/1987
DANA LYNN COOLEY LexID: 187828843021 DOB: REDACTED1995
REDACTEDxxxx issued in North Carolina between 4/4/1995 and 3/1/1996
KELCEY OLIVIA COOLEY LexID: 238949011253 DOB: REDACTED2004

956 GRAMETA LN, LILLINGTON, NC 27546-9232, HARNETT COUNTY (May 2019 - Aug 2022)

**Residents:**

KOREY JOE EDMONSON LexID: 192085522516
REDACTEDxxxx issued in North Carolina between 5/2/1997 and 3/2/1998
TAYLOR EDMUNDSON LexID: 148801510294

941 GRAMETA LN, LILLINGTON, NC 27546-9232, HARNETT COUNTY (Nov 2012 - Aug 2022)

**Residents:**

TERELSA SONTE WATSON LexID: 002663570307 DOB: REDACTED1975
REDACTEDxxxx issued in North Carolina between 1/1/1983 and 12/31/1983
TIMOTHY KYLE MESSER LexID: 164933887956 DOB: REDACTED1988
REDACTEDxxxx issued in North Carolina between 1/1/1991 and 12/31/1991
AUTHER JUNIOR HILL LexID: 001128888107 DOB: 1969
MARY H WATSON LexID: 002661106044 DOB: REDACTED1952
REDACTEDxxxx issued in North Carolina between 1/1/1966 and 12/31/1967
ACQUILLA FATMATA KUN LexID: 001435888707 DOB: REDACTED1979
REDACTEDxxxx issued in New York between 1/1/1981 and 12/31/1983
COLLIN RANDALL CHAPMAN LexID: 168114807934 DOB: REDACT1993
REDACTEDxxxx issued in Illinois between 11/2/1993 and 6/1/1995

920 GRAMETA LN, LILLINGTON, NC 27546-9232, HARNETT COUNTY (Jan 2020 - May 2022)

**Residents:**

RACHEL HOLDER MAIN LexID: 191158618653
WALKER WALLACE MAIN LexID: 241145971833

915 GRAMETA LN, LILLINGTON, NC 27546-9232, HARNETT COUNTY (Nov 2020 - Aug 2022)

**Residents:**

PATRICIA DAWN PYSICK LexID: 001446451675 DOB: REDACTED1972
REDACTEDxxxx issued in Minnesota between 1/1/1977 and 12/31/1977

MARK GLENN PYSICK LexID: 002058026139 DOB: REDACTED1969
REDACTEDxxxx issued in Minnesota between 1/1/1984 and 12/31/1985
KATHERINE JO PYSICK LexID: 190296117183 DOB: REDACT1996
REDACTEDxxxx issued in Minnesota between 5/2/1996 and 9/2/1997

**Neighborhood:**

1042 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Dec 2021 - Jun 2022)
JUSTIN BLAKE MARTIN DOB: REDACTED1993
REDACTED5694 issued in North Carolina between 1/4/1994 and 10/31/1994

**Address(es):**

1041 GRAMETA LN, LILLINGTON, NC 27546-8971, HARNETT COUNTY (Jun 2015 - Aug 2022)

**Residents:**

LOUIS DURAN LexID: 000714582397 DOB: REDACTE1951
REDACTEDxxxx issued in Colorado between 1/1/1966 and 12/31/1966

JUSTIN BLAKE MARTIN LexID: 160866233491 DOB: REDACTED1993
REDACTED5694 issued in North Carolina between 1/4/1994 and 10/31/1994
910-893-5368 - EDT ADCOCK JUDY G

963 GRAMETA LN, LILLINGTON, NC 27546-9232, HARNETT COUNTY (Nov 2020 - Aug 2022)
**Residents:**
KATHERINE R COOLEY LexID: 000485828236 DOB: REDACTED1969
REDACTEDxxxx issued in North Carolina between 1/1/1986 and 12/31/1987
DANA LYNN COOLEY LexID: 187828843021 DOB: REDACTED1995
REDACTEDxxxx issued in North Carolina between 4/4/1995 and 3/1/1996
KELCEY OLIVIA COOLEY LexID: 238949011253 DOB: REDACTED2004

956 GRAMETA LN, LILLINGTON, NC 27546-9232, HARNETT COUNTY (May 2019 - Aug 2022)
**Residents:**
KOREY JOE EDMONSON LexID: 192085522516
REDACTEDxxxx issued in North Carolina between 5/2/1997 and 3/2/1998
TAYLOR EDMUNDSON LexID: 148801510294

941 GRAMETA LN, LILLINGTON, NC 27546-9232, HARNETT COUNTY (May 2018 - Aug 2022)
**Residents:**
ACQUILLA FATMATA KUN LexID: 001435888707 DOB: REDACTED1979
REDACTEDxxxx issued in New York between 1/1/1981 and 12/31/1983
TERELSA SONTE WATSON LexID: 002663570307 DOB: REDACTED1975
REDACTEDxxxx issued in North Carolina between 1/1/1983 and 12/31/1983
TIMOTHY KYLE MESSER LexID: 164933887956 DOB: REDACTED1988
REDACTEDxxxx issued in North Carolina between 1/1/1991 and 12/31/1991
HANNAH FAITH SMALLWOOD LexID: 168358104979 DOB: REDACTED1991
REDACTEDxxxx issued in Michigan between 1/1/1991 and 12/31/1993
AUTHER JUNIOR HILL LexID: 001128888107 DOB: 1969
BILLY ERIK SMALLWOOD LexID: 008443527272 DOB: REDACTE1983
REDACTEDxxxx issued in Alabama between 1/1/1988 and 12/31/1989

920 GRAMETA LN, LILLINGTON, NC 27546-9232, HARNETT COUNTY (Jan 2020 - May 2022)
**Residents:**
RACHEL HOLDER MAIN LexID: 191158618653
WALKER WALLACE MAIN LexID: 241145971833

**Neighborhood:**
998 WINDRACE TRL, SANFORD, NC 27332-8028, LEE COUNTY (Jan 2019 - Mar 2022)
**Residents:**
EDDIE MAC BROWN DOB: REDACTED1964
REDACTEDxxxx issued in North Carolina between 1/1/1981 and 12/31/1982
EMILY ELIZAB SHACKELFORD DOB: REDACTED1985
REDACTEDxxxx issued in Texas between 1/1/1990 and 12/31/1991
TARYN VICTRYN STEPHENS DOB: REDACTED1996
REDACTEDxxxx issued in California between REDACTED1996 and 4/1/1997
NEYSA CAZIMIRA CAMPUZANO DOB: REDACTED1998
REDACTEDxxxx issued in Texas between 2/2/1999 and 8/2/1999
REESE EARL ERICKSON DOB: REDACTED1999
REDACTEDxxxx issued in Massachusetts between 6/2/1999 and 7/1/2001

**Address(es):**
997 WINDRACE TRL, SANFORD, NC 27332-8028, LEE COUNTY (Nov 2018 - Aug 2022)
**Residents:**
MICHAEL W MISKOVSKY LexID: 001741995653 DOB: REDACTED1958
REDACTEDxxxx issued in Massachusetts between 1/1/1967 and 12/31/1968
AMANDA JANE SIKES LexID: 002359242765 DOB: REDACTED1978
REDACTEDxxxx issued in North Carolina between 1/1/1987 and 12/31/1987
SSN belongs to a person reported as deceased.
ROSEMARY S LUNDBERG LexID: 001564551697 DOB: REDACTED1921
REDACTEDxxxx issued in Indiana between 1/1/1936 and 12/31/1951
SSN belongs to a person reported as deceased.
MARY LUCERO MISKOVSKY LexID: 145215136469 DOB: REDACTE1974
REDACTEDxxxx issued in Virginia between 2/2/2007 and 11/1/2007

1001 WINDRACE TRL, SANFORD, NC 27332-8029, LEE COUNTY ( 2008 - Aug 2022)
**Residents:**
DARLENE TABON ADAMS LexID: 000009926710 DOB: REDACTED1965
REDACTEDxxxx issued in North Carolina between 1/1/1975 and 12/31/1976
DAVID JUNIOR ADAMS JR LexID: 000009974378 DOB: REDACTED1960
REDACTEDxxxx issued in North Carolina between 1/1/1973 and 12/31/1973
EDITH D TABON LexID: 161800643279
REDACTEDxxxx issued in North Carolina between 1/1/1975 and 12/31/1976
919-498-3842 - EDT ADAMS DARLENE T

995 WINDRACE TRL, SANFORD, NC 27332-8028, LEE COUNTY (Feb 2021 - Aug 2022)

**Residents:**

JOSHUA THOMAS NELSON JR LexID: 192729647356 DOB: REDACTED2000
REDACTEDxxxx issued in North Carolina between 3/2/2000 and 1/1/2001
MADELINE ROWLAND VERA LexID: 193329423643 DOB: 5/25/1999
REDACTEDxxxx issued in North Carolina between 5/4/1999 and 3/1/2000
LORA JEAN ALEXANDER LexID: 192438239452 DOB: 6/26/1998
REDACTEDxxxx issued in Tennessee between 7/2/1998 and 7/1/1999
JORDAN PAUL ALEXANDER LexID: 190946846887 DOB: REDACTED1998
REDACTEDxxxx issued in Tennessee between 3/3/1998 and 5/3/1999

1002 WINDRACE TRL, SANFORD, NC 27332-8029, LEE COUNTY (Jun 2000 - Aug 2022)

**Residents:**

VASHTI TYLER LexID: 002577745107 DOB: 1/5/1950
REDACTEDxxxx issued in North Carolina between 1/1/1966 and 12/31/1966
GRANT MILES BRAMLETT LexID: 054360913668 DOB: REDACTED1985
REDACTEDxxxx issued in Illinois between 1/1/1990 and 12/31/1991
HALEY MICHELLE WENSEL LexID: 239120122914 DOB: REDACTED2003
REDACTEDxxxx issued in North Carolina between 11/4/2003 and 7/1/2004

971 WINDRACE TRL, SANFORD, NC 27332-8026, LEE COUNTY (Nov 2010 - Aug 2022)

**Residents:**

CHRISTIE LEE SHOOK LexID: 000252124763 DOB: REDACTED1956
REDACTEDxxxx issued in North Carolina between 1/1/1971 and 12/31/1972

ROBERT ANDREW SHOOK LexID: 002326239552 DOB: REDACT1958
REDACTEDxxxx issued in North Carolina between 1/1/1966 and 12/31/1967

MARY BURNEY SHOOK LexID: 002326495312 DOB: REDACTED1931
REDACTEDxxxx issued in North Carolina between 1/1/1936 and 12/31/1951
SSN belongs to a person reported as deceased.

921 WINDRACE TRL, SANFORD, NC 27332-8034, LEE COUNTY (Dec 2017 - Aug 2022)

**Residents:**

IRMA ANGELICA PAREDES LexID: 001912022977 DOB: REDACTED1967
REDACTEDxxxx issued in California between 1/1/1991 and 12/31/1992
SAMANTHA CHRISTIENE CHRISTIE LexID: 141738186262 DOB: REDACTED1989
REDACTEDxxxx issued in Arkansas between 1/1/1990 and 12/31/1991
ESWIN GERARDO PAREDES LexID: 154149885114 DOB: REDACTE1991
REDACTEDxxxx issued in California between 1/1/1991 and 12/31/1992
LEONARDO ROBLES LexID: 195405901329 DOB: REDACTED1996
REDACTEDxxxx issued in North Carolina between 12/3/1996 and 11/3/1997
ALMIRA GASSON STIRRUP LexID: 192444488976 DOB: REDACTED1996
REDACTEDxxxx issued in North Carolina between 10/2/1996 and 9/2/1997

**Neighborhood:**

208 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY (Dec 2015 - Mar 2019)

**Residents:**

D DIANE BOSSE MARTIN DOB: REDACTED1951 DOD: 6/29/2019 Age at Death: 68 (Born 71 years ago) - Proof

REDACTEDxxxx issued in Connecticut between 1/1/1967 and 12/31/1968
SSN belongs to a person reported as deceased.
ROLAND RICHARD MARTIN DOB: REDACTED1947
REDACTEDxxxx issued in Connecticut between 1/1/1962 and 12/31/1963
919-776-9633 - EDT GUNTER LISA

**Address(es):**

246 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY (Sep 2008 - Aug 2022)

**Residents:**

LINDA JANE ELLIS LexID: 000742686557 DOB: REDACTED1960
REDACTEDxxxx issued in North Carolina between 1/1/1974 and 12/31/1975

ROBERT LEE ELLIS LexID: 000743060157 DOB: REDACTED1965
REDACTEDxxxx issued in North Carolina between 1/1/1980 and 12/31/1981

TINA TAYLOR LexID: 193396463125
REDACTEDxxxx issued in Missouri between 1/1/1936 and 12/31/1951
SSN belongs to a person reported as deceased.

260 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY (Jan 2011 - Aug 2022)

**Residents:**

ANNIE PATRICIA VLASEK LexID: 000959085655 DOB: REDACTED1982
REDACTEDxxxx issued in Arizona between 1/1/1985 and 12/31/1985
CHARLES HOWARD VLASEK LexID: 014656488617 DOB: REDACTED1980
REDACTEDxxxx issued in Ohio between 1/1/1984 and 12/31/1986

919-776-5679

271 HAWK RD, SANFORD, NC 27330-8917, LEE COUNTY (Oct 2011 - Aug 2022)
**Residents:**
CHARLES WADE MCDONALD LexID: 001662973777 DOB: [redacted]1981
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987
DANIEL PATRICK FORE LexID: 000836061253 DOB: [redacted]/1957
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
JEFFREY ROBERT PRATZ LexID: 002041056782 DOB: [redacted]1979
[redacted]xxxx issued in New Jersey between 1/1/1983 and 12/31/1984
CHARLENE MARIE PRATZ LexID: 002041855969 DOB: [redacted]1981
[redacted]xxxx issued in New Jersey between 1/1/1983 and 12/31/1984
JONATHAN JAMES HART LexID: 161734366695 DOB: [redacted]1980
[redacted]xxxx issued in Illinois between 6/2/2009 and 12/31/2099
GWENDOLYN A PRATZ LexID: 168441004543 DOB: [redacted]1992
[redacted]xxxx issued in Pennsylvania between 1/1/1992 and 2/9/1995

302 HAWK RD, SANFORD, NC 27330-8919, LEE COUNTY (Apr 1990 - Aug 2022)
**Residents:**
LINDA PEPPER MORTON LexID: 001784827638 DOB: [redacted]1960
[redacted]xxxx issued in Pennsylvania between 1/1/1973 and 12/31/1975
JOHN ROBINSON MORTON LexID: 001785739302 DOB: [redacted]1961
[redacted]xxxx issued in North Carolina between 1/1/1972 and 12/31/1973
ROBIE MORTON LexID: 001786065908
[redacted]xxxx issued in Pennsylvania between 1/1/1973 and 12/31/1975
919-775-5504 - EDT MORTON MARTHA R

83 HAWK RD, SANFORD, NC 27330-8837, LEE COUNTY (Dec 2021 - Jun 2022)
FELIPE F CALIXTO LexID: 083851741415 303-57-xxxx - SSN potentially randomly issued by the SSA. DOB: 1975

81 HAWK RD, SANFORD, NC 27330-8837, LEE COUNTY (Jan 2020 - Aug 2022)
**Residents:**
MILLASON MICHELE KEENER LexID: 000950657602 DOB: [redacted]1973
[redacted]xxxx issued in North Carolina between 1/1/1987 and 12/31/1987
TIMOTHY DORIAN KEENER LexID: 001364042105 DOB: [redacted]1967
[redacted]xxxx issued in North Carolina between 1/1/1979 and 12/31/1980

919-776-0239 - EDT KEENER TIMOTHY

**Source Information:**

| | |
|---|---|
| All Sources | 160 Source Document(s) |
| Driver Licenses | 8 Source Document(s) |
| Motor Vehicle Registrations | 37 Source Document(s) |
| Person Locator 1 | 1 Source Document(s) |
| PhonesPlus Records | 1 Source Document(s) |
| UCC Lien Filings | 3 Source Document(s) |
| Historical Person Locator | 20 Source Document(s) |
| Criminal | 34 Source Document(s) |
| Person Locator 5 | 28 Source Document(s) |
| Person Locator 6 | 28 Source Document(s) |