UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JUSTIN BLAKE MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| AXIS INSURANCE COMPANY, | ) | 5:23-CV-448-BO-BM |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for judgment on the pleadings [DE 33], construed herein as a motion for summary judgment, is GRANTED. Defendant is entitled to judgment in its favor on plaintiff's claims and defendant's counterclaim. In the alternative, plaintiff's claims are DISMISSED with prejudice for failure to prosecute. The motion to extend the mediation deadline [DE 27] and motion to stay [DE 35] are DENIED AS MOOT. Defendant's motion for extension of time to file a reply [DE 39] is GRANTED.

This case is closed.

**This judgment filed and entered on June 30, 2025, and served on:**
Justin Blake Martin (via US Mail to P.O. Box 399, Lillington, NC 27546)
Nola Rasmussen (via CM/ECF Notice of Electronic Filing)
Theodore Goanos (via CM/ECF Notice of Electronic Filing)

                                            **PETER A. MOORE, JR., CLERK**

June 30, 2025                              /s/Lindsay Stouch
                                             By: Deputy Clerk